KEVIN T. LAFKY, OSB #852633
klafky@lafky.com
Lafky & Lafky, Attorneys at Law
429 Court St NE
Salem, OR 97301

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| ROBERT MAHLER, | Case No. 3:23-cv-1833-AR |
|---|---|
| Plaintiff, | SUPPLEMENTARY AFFIDAVIT OF ROBERT MAHLER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| JINDI OU; STEADY STREAM, INC.; MIZUMI BUFFET; LUCY CHEN; and DOES 1-10, | |
| Defendants. | |

STATE OF OREGON    )
                   ) ss.
County of Marion   )

I, Robert Mahler, do hereby attest and declare that the following statements are true to the best of my knowledge:

1. The attached photo, marked as Plaintiff's Exhibit 1, is a photograph I took of Guliet graduating from her PetSmart training class.

DATED this 23rd day of December, 2024.

I declare under penalty of perjury under the laws of the United States and of the state of Oregon that the foregoing is true and correct.

_____
Robert Mahler
Plaintiff

SUBSCRIBED AND SWORN TO before me on this 23rd day of December, 2024.



_____
Notary Public for the State of Oregon
My Commission Expires: 9/19/25

