Kevin T. Lafky, OSB#852633
klafky@lafky.com
**LAFKY & LAFKY**
429 Court Street NE
Salem, OR 97301
Tel: 503.585.2450
Fax: 503.585.0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

|  |  |
|---|---|
| ROBERT EVANS MAHLER, <br><br> Plaintiff, <br><br> vs. <br><br> JINDI OU; STEADY STREAM, INC.; MIZUMI BUFFET; LUCY CHEN; and DOES 1-10, <br><br> Defendants. | Case No. 3:23-cv-1833-AN <br><br> *Plaintiff's* <br> **EXHIBIT LIST** |

Plaintiff intends to introduce the following exhibits at trial:

| **PLAINTIFF'S EXHIBITS** | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Pretrial Ruling | Stip. | Pre-Admit. | Off'd | Rec'd |
| 1 | Photograph of Service Dog |  |  |  |  |  |
| 2 | [reserved] |  |  |  |  |  |
| 3 | [reserved] |  |  |  |  |  |

Page 1 of 2 – PLAINTIFF'S EXHIBIT LIST

| 4 | [reserved] | | | | | |
| 5 | [reserved] | | | | | |
| 6 | [reserved] | | | | | |

DATED this April 2, 2026.

/s/ Daemie M. Kim
Daemie M. Kim, OSB#123624
dkim@lafky.com
**LAFKY & LAFKY**
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that on the 2nd day of April 2026, I served a true and correct copy of the foregoing on

Geordie Duckler, attorney for defendants through the court's electronic filing system.

DATED this April 2, 2026.

/s/ Daemie M. Kim
Daemie M. Kim, OSB#123624
dkim@lafky.com
**LAFKY & LAFKY**
*Attorneys for Plaintiff*

Page 2 of 2 – PLAINTIFF'S EXHIBIT LIST