Kevin T. Lafky, OSB#852633
klafky@lafky.com
**LAFKY & LAFKY**
429 Court Street NE
Salem, OR 97301
Tel: 503.585.2450
Fax: 503.585.0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

|  |  |
|---|---|
| ROBERT EVANS MAHLER,<br><br>Plaintiff,<br><br>vs.<br><br>JINDI OU; STEADY STREAM, INC.;<br>MIZUMI BUFFET; LUCY CHEN; and<br>DOES 1-10,<br><br>Defendants. | Case No. 3:23-cv-1833-AN<br><br>NOTICE OF WITHDRAWAL<br>(Daemie M. Kim, OSB#123624) |

Pursuant to LR 83-11(b) Plaintiff gives notice that her counsel, Daemie M. Kim, withdraws as counsel of record and that Kevin T. Lafky remains as counsel.

DATED this May 8, 2026.

/s/ Daemie M. Kim
Daemie M. Kim, OSB#123624
dkim@lafky.com
**LAFKY & LAFKY**
*Attorneys for Plaintiff*

Page 1 of 1 – NOTICE OF WITHDRAWAL