Robert Mahler
P.O. Box 7658
Salem, Oregon 97303
(503) 931-1202

FILED 13 MAY '26 12 39 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Robert Evans Mahler,

    Plaintiff,

v.

Jindi Ou, Steady Stream, Inc.,
Mizumi Buffet; Lucy Chen;
DOES 1 -10,

    Defendants

Case No. 3:23-cv-1833-AR

Affidavit In Reference to
Gretchen, Plaintiff's
Service Dog; Removal of
Plaintiff's Attorney of Record;
Recusal Motion, Change of Venue
Motion, Time to File Motion For
Appointment of Pro Bono
Counsel, and Time to File
Appropriate Complaint.

<u>Affidavit</u>

STATE OF OREGON    )
                     ) ss.
COUNTY OF MARION    )

I, Robert E. Mahler being duly sworn on oath, depose and say:

1. I am the Plaintiff in the above entitled matter.

2. I have disabilities from advanced osteo-arthritis, left-sided hemiplegia as the result of a C-3 cervical fracture, vasovagal syncope, left and right knee implant prosthetics, and am a candidate for shoulder replacement surgery. As a result of my disabilities, I have used a service dog for over 35 years.

3. This Affidavit is two fold. First, my attorney advised me that he asked the presiding judge in this case if it was "alright", or "OK", for me "to bring Gretchen with me into Court for the scheduled trial and if would cause a problem for the Court".

4. Second, my attorney, Kevin Lafky, informed me that this Court asked me to present certifications to the Court proving that Gretchen is a service dog, my service dog, and that the court would rule on, prior to trial, whether Gretchen would be allowed into the courtroom.

5.  I am protected by the ADA as I am a person with a "disability" as that term is defined by the statute; 42 U.S.C. § 12102(2)(a). I have  "physical or mental impairment(s) that substantially limit one or more of my major life activities".  I own and use a service dog defined in 5 U.S.C. 301; 28 U.S.C. 509, 510, 42 U.S.C. 12186(b) and we are protected by the ADA.

6.  On May 2, 2026, Kevin Lafky, and this Court,  were required to provide the proper treatment, civil rights, and freedom from discrimination as provided by ADA law.  As a result of being asked to defend myself, and my service dog, prior to trial, and ordered to provide documents for admittance to the Court, where none are required, I was harmed and my civil rights were violated by Kevin Lafky and this Court.

7.  That as a direct and proximate result of the breach of the applicable standard of civil rights by Kevin Lafky and this Court, I have suffered the following harms: 1) conscious pain and discrimination, 2) mental and emotional anguish, and 3) have sustained other damages.

8.  I am entitled to recover damages from Kevin Lafky and this Court jointly and each of them based on the theories of liability hereinafter enumerated in ADA law, and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during ny future discovery.

9.  I attest that there now exists CONFLICT OF INTERESTS in this case and request that this case and trial be set over until such time that Plaintiff may obtain new counsel, file a motion for recusal, file a Complaint, and obtain a change of venue for further review.

_____     _____
Robert Mahler                        Date  5/12/26


Subscribed and sworn to before me on this 17th day of May, 2026.

_____
Notary Public of the State of Oregon



OFFICIAL STAMP
ERIC BENJAMIN KERN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1034579
MY COMMISSION EXPIRES MARCH 27, 2027