Leonard R. Berman,
8630 SW Schools Ferry Rd., Box 242
Beaverton, OR 97008
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

ATTORNEY FOR PLAINTIFF

,IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION


_____   :
                                    :
ROBERT MAHLER,          :   Case No.  . 3:23-cv-1833-AN
                                    :
    Plaintiff,              :   NOTICE OF APPEARANCE
                                    :
        v.                  :
                                    :
STEADY STREAM, INC.    :
 ET AL,                    :
        Defendants.             :


COMES NOW LEONARD R. BERMAN and files this Notice of Appearance for

plaintiff Mahler for jury trial May 19, 2026 tomorrow, and respectfully requests a

Ninety-Day setover (90) to prepare for trial.

Dated this 18th day of May,  2026.

Respectfully Submitted,

S//S Leonard R. Berman

_____

LEONARD R. BERMAN, OSB# 96040


1  PLAINTIFF'S NOTICE OF APPEARANCE

Trial Attorney for Plaintiff

2  PLAINTIFF'S NOTICE OF APPEARANCE