Geordie Duckler, OSB #873780
831 SW Hume St.
Portland, Oregon 97219
Telephone: (503) 546-8052
Facsimile: (503) 841-6278
geordied@animallawpractice.com
Attorney for Defendants JINDI OU,
STEADY STREAM, INC., MIZUMI
BUFFET, and LUCY CHEN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT EVANS MAHLER,<br><br>Plaintiff,<br><br>vs.<br><br>JINDI OU; STEADY STREAM, INC.;<br>MIZUMI BUFFET; LUCY CHEN; and<br>DOES 1-10,<br><br>Defendants. | Case no. 3:23-cv-1833-AN<br><br>DEFENDANTS' OBJECTION TO<br>ANY MOTION FOR CONTINUANCE |

Defendants hereby object to any motion by plaintiff for a continuance of trial and request that the Court take judicial notice per FRE 201 of the following summary of all federal court litigation in which plaintiff has engaged since 1997, along with the attached exhibits in support.

1

| Exhibit | Year | Plaintiff rep. | Nature of Claim | Amount sought | Result |
|---|---|---|---|---|---|
| 601 | 1997 | Berman | Tort Claim Act | Unknown | Dismissed |
| 602 | 2001 | Pro se | ADA violation | $150,000 | Settled |
| 603 | 2006 | Leuenberger | ADA violation | $355,000 | Settled |
| 604 | 2011 | Berman | ADA violation | $999,000 | Dismissed |
| 605 | 2013 | Pro se | Tort Claims Act | $1,100,000 | Dismissed |
| 606 | 2016 | Berman | ADA violation | $500,000 | Dismissed |
| 607 | 2017 | Pro se | ADA violation | $285,000 | Dismissed |
| 608 | 2019 | Pro se | ADA violation | $155,000 | Dismissed |
| 609 | 2020 | Pro se | ADA violation | $500,000 | Dismissed |
| 610 | 2023 | Berman | ADA violation | $750,000 | Pending |
| 611 | 2025 | Pro se | Tort Claims Act | $1,000,000 | Pending |

DATED: May 19, 2026

By: _____
Geordie Duckler, OSB #873780
Attorney for Defendants JINDI OU,
STEADY STREAM, INC., MIZUMI
BUFFET, and LUCY CHEN

FRC,PTOWV,TERMINATED

# U.S. District Court
## District of Oregon (Portland (3))
### CIVIL DOCKET FOR CASE #: 3:97-cv-01457-KI

Mahler v. Gatton
Assigned to: Judge Garr M. King
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 10/10/1997
Date Terminated: 05/06/2003
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Robert Evans Mahler**

represented by **Leonard Randolph Berman**
Law Office of Leonard R. Berman
9220 SW Barbur Blvd.
Suite 119, Box 180
Portland, OR 97219
503-516-3715
Fax: 815-642-9117
Email: easyrabbi@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Department of Justice**
*TERMINATED: 01/19/1999*

represented by **Craig J. Casey**
United States Attorney's Office
1000 SW Third Avenue
Suite 600
Portland, OR 97204-2902
(503) 727-1028
Fax: (503) 727-1117
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Bureau of Prisons**
*TERMINATED: 01/19/1999*

represented by **Craig J. Casey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Gatton**

represented by **Craig J. Casey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheridan Correctional Institution**
*TERMINATED: 01/19/1999*

represented by **Craig J. Casey**
(See above for address
*ATTORNEY TO BE N(*



DEFENDANT'S EXHIBIT
60 1a
tabbies

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/1997 | 2 | Complaint against William Gatton. Filed by Robert Evans Mahler (tely, ) (Entered: 10/04/2000) |
| 10/10/1997 | 109 | **This case originated in the Integrated Case Management System (ICMS) and is being transferred to the Case Management/Electronic Case Filing System (CM/ECF). The document attached to this entry contains the ICMS docket sheet in its entirety, and may be viewed by selecting the hyperlink to the left (0). Only pending documents and deadlines have been transferred from the ICMS docket sheet. All filings subsequent to this entry date will be docketed on the CM/ECF docket sheet. (tely, ) Modified on 9/12/2006 Documents numbered 0 are no longer accessible. Entry modified to reset the document number to the next consecutive number for the case.(Hickman, Camile). (Entered: 10/04/2000)** |
| 08/17/2000 | 69 | Motion for Summary Judgment. Filed by William Gatton. (tely, ) (Entered: 10/04/2000) |
| 10/03/2000 | 78 | Memorandum in Opposition *to Defendant's Motion for Summary Judgment*. Filed by Robert Evans Mahler. (Related motion(s) 69 ) (tely, ) (Entered: 10/04/2000) |
| 10/03/2000 | 79 | Concise Statement of Material Fact *re Defendant's Motion for Summary Judgment*. Filed by Robert Evans Mahler. (Related motion(s) 69 ) (tely, ) (Entered: 10/04/2000) |
| 10/13/2000 | 80 | Motion for Leave *To File Amended Response to Motion for Summary Judgment*. Response due by 10/27/2000. Filed by Robert Evans Mahler. (tely, ) (Entered: 10/13/2000) |
| 10/13/2000 | 81 | Record Of Order Granting Plaintiff's Motion for Leave to File Amended Response to Motion for Summary Judgment (Related Doc # 80 ). Plaintiff shall file amended response to Defendant's Motion for Summary Judgment by 10/19/00 & Defendants shall file reply by 11/2/00 by Judge Garr M King. (tely, ) (Entered: 10/16/2000) |
| 10/19/2000 | 82 | Amended Response to Motion *of Defendants for Summary Judgment*. Filed by Robert Evans Mahler. (Related motion(s) 69 ) (tely, ) (Entered: 10/19/2000) |
| 11/02/2000 | 83 | Reply to Motion *for Summary Judgment*. Filed by William Gatton. (Related motion(s) 69 ) (tely, ) (Entered: 11/02/2000) |
| 11/03/2000 | 84 | Amended Declaration of *Lt Donald Harris, Jr in support of its reply brief regarding its Motion for Summary Judgment*. (related document(s) 83 ) Filed by William Gatton. (tely, ) (Entered: 11/03/2000) |
| 02/01/2001 | 85 | Opinion Granting in part, Denying in part Defendants Motion for Summary Judgment (Related Doc # 69 ). Signed 02/01/01 by Judge Garr M. King. (pvh, ) (Entered: 02/01/2001) |
| 02/01/2001 | 86 | Order: The motion for summary judgment (#69) by defendants United States of America and William Gatten is granted in part and denied in part. Signed 02/01/01 by Judge Garr M. King. (related document(s) 69 ) (pvh, ) (Entered: 02/01/2001) |
| 03/01/2001 | 87 | Motion for Leave *to File Motion for Clarification of Court's Opinion and Order Iss[...] 02/01/01*. Response due by 3/15/2001. Filed by William Gatton. (pvh, ) (Entered: 03/02/2001) |
| 03/06/2001 | 88 | Record of Order: Granting Defendant's Motion for Leave to File Motion for Clarifi[...] of Court's Opinion and Order Issued February 1, 2001 (Related Doc # 87 ). by Jud[...] M. King. (ecp, ) (Entered: 03/06/2001) |
| 03/30/2001 | 89 | Notice of Appeal to. *the Ninth Circuit Court of Appeals. CADS and Representation Statement attached. All parties notified*. (related document(s) 85 , 86 ) Filed by William |

DEFENDANT'S EXHIBIT 6/09 gabbies.

| | | Gatton. (pvh, ) (Entered: 04/03/2001) |
|---|---|---|
| 03/30/2001 | 90 | Certificate of Service. (related document(s) 89 ) Filed by William Gatton. (pvh, ) (Entered: 04/03/2001) |
| 04/02/2001 | 91 | Transcript Designation and Ordering form for Transcript(s) of Proceedings held on ////No Transcripts Will be Requested regarding this appeal for the Ninth Circuit of any hearings held before Judge Garr M. King. (related document(s) 89 ) Filed by William Gatton. (pvh, ) (Entered: 04/03/2001) |
| 04/19/2001 | | Docket number 01-35365 assigned by the United States Court of Appeals. (related document(s) 89 ) (lam, ) (Entered: 04/20/2001) |
| 06/08/2001 | 92 | Order from Ninth Circuit Court of Appeals, the briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before July 30, 2001; appellee shall file an answering brief on or before August 30, 2001; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief. The court has determined that this appeal will not be selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extension of time, should be directed to the Clerk's office. USDC Notice of Appeal Doc. # USCA #CA 01-35365 89 . . (Related document(s) 89 ) (pvh, ) (Entered: 07/25/2001) |
| 07/25/2001 | 93 | Certificate of Record transmitted to USCA. USDC Notice of Appeal Doc. # 89 and USCA # 01-35365.. . (Related document(s) 89 ) (pvh, ) (Entered: 07/25/2001) |
| 07/30/2001 | 94 | Order from Ninth Circuit Court of Appeals USDC Notice of Appeal Doc. 89 and # 93 , USCA #01-35365.. Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due August 29, 2001; the answering brief is due September 28, 2001 and the optional reply brief is due 14 days from service of the answering brief. Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate. . (Related document(s) 93 , 89 ) (pvh, ) (Entered: 07/30/2001) |
| 10/04/2001 | 95 | Order from Ninth Circuit Court of Appeals: Appellee's late motion for an extension of time to file the answering brief is granted. The answering brief is due October 29, 2001. The optional reply brief is due 14 days from service of the answering brief. Movant is reminded that a motion for an extension of time to file a brief should be filed at least seven days before the expiration of the time prescribed for filing the brief. 9th Cir. 2.2(b) USDC Notice of Appeal Doc. # 89 and USCA #01-35365... (Related docum... 89 ) (pvh, ) (Entered: 10/23/2001) |
| 01/16/2002 | | Clerks Record on Appeal transmitted to USCA. USDC Notice of Appeal Doc. # 89 USCA # CA 01-35365. Two volumes (documents 1-95) One expando. (Related document(s) 89 ) (pvh, ) (Entered: 01/16/2002) |
| 07/08/2002 | 96 | Judgment/Mandate from US Court of Appeals: Appeal from the United States District Court for the District of Oregon (Portland). THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Oregon (Portland) and was duly submitted. ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED. Filed and entered (US Court of Appeals) on 05/10/02. USDC Notice of Appeal Doc. # 89 and USCA # 01-35365. (Related document(s) 89 ) (pvh, ) (Entered: 07/10/2002) |
| 09/27/2002 | 97 | **CIVIL MINUTES:**Record of Order -- Status Conference set for 10/3/2002 at 10:00AM in /by Telephone. The court will initiate the call to the following parties: Leonard R. Berman (503)645-0481 and Craig J. Casey (503) 727-1028. If parties other than those |

DEFENDANT'S EXHIBIT GO/c

| | | |
|---|---|---|
| | | listed wish to participate, please contact Elizabeth Potter at (503)326-8061. Ordered by Judge Garr M. King. (dls, ) (Entered: 09/27/2002) |
| 10/03/2002 | 98 | **CIVIL MINUTES:**Record of Status Hearing -- Discovery to be completed by 1/3/2003. Expert Disclosure due 2/3/03. Expert Reports due 2/3/03. Pretrial Order is waived. Pretrial Conference set for 3/3/2003 at 01:30PM in Portland. 3-day Jury Trial set for 3/11/2003 at 09:15AM in Portland. Ordered by Judge Garr M. King. Counsel Present for Plaintiff: Leonard R. Berman. Counsel Present for Defendant: Craig J. Casey. Court Reporter: Nancy Walker. (dls, ) (Entered: 10/03/2002) |
| 10/03/2002 | 99 | Trial Management Order. Pretrial Conference: Monday, March 3, 2003, at 1:30 p.m. Trial date: 3-day jury trial, March 11, 2003, at 9:00 a.m. in Portland, Oregon. Signed 10/03/02 by Judge Garr M. King. (pvh, ) (Entered: 10/04/2002) |
| 12/30/2002 | 100 | Motion to Compel *or for Leave to Take Discovery by way of Deposition upon Oral Examination, of Plaintiff. Expedited Ruling without Argument, or Telephone Argument, Requested.* Filed by William Gatton. (pvh, ) (Entered: 12/30/2002) |
| 12/30/2002 | 101 | Declaration of *Assistant United States Attorney, Craig J. Casey, in Support of Motion to Compel, etc..* Filed by William Gatton. (Related document(s) 100 ) (pvh, ) (Entered: 12/30/2002) |
| 12/30/2002 | 102 | Notice of Deposition of Plaintiff, Robert Evans Mahler, duces tecum. Filed by William Gatton. (Related document(s) 100 , 101 ) (pvh, ) (Entered: 12/30/2002) |
| 01/03/2003 | 103 | **CIVIL MINUTES:**Record of Telephone Status Conference - Order -- Granting Defendant's Motion to Compel (#100). Discovery to be completed by 1/30/2003. Pretrial Order due by 4/2/2003. Resetting the Pretrial Conference from 3/3/2003 to 4/21/2003 at 03:30PM in Portland, in Courtroom 9A. 3-day Jury Trial reset from 4/21/2003 to 4/29/2003 at 09:00AM in Portland, in Courtroom 9A. (Related documents(s) 100 ) Ordered by Judge Garr M. King. Counsel Present for Plaintiff: Leonard Berman. Counsel Present for Defendant: Craig Casey. Court Reporter: Nancy Walker. (ecp, ) (Entered: 01/06/2003) |
| 01/10/2003 | 104 | Amended Notice of Depositions of Plaintiff, Robert Evans Mahler, duces tecum, and Jon Eric Nelson. Filed by William Gatton. (Related document(s) 102 ) (pvh, ) (Entered: 01/10/2003) |
| 04/15/2003 | 105 | Stipulated Motion for Entry of Final Judgment *under FRCP 54(b).* Filed by all parties. (pvh, ) (Entered: 04/16/2003) |
| 05/06/2003 | 106 | Judgment (Fed. R. Civ. P. 54(b). Based on the record and the settlement agreement reached by the parties, the Stipulated Motion for Entry of Final Judgment Under F.R.C.P. 54(b) (#105) is granted. Having granted summary judgment in favor of the United States and against plaintiff Robert Evans Mahler on February 1, 2001, as to plaintiff's Federal Tort Claims Act claim (#85, #86), and finding that there is no just reason for delay, the court directs entry of final judgment on this claim. IT IS SO ORDERED. Signed 05/06/03 by Judge Garr M. King. (pvh, ) (Entered: 05/07/2003) |
| 06/02/2003 | 107 | Satisfaction of Settlement Agreement. Filed by Robert Evans Mahler. (pvh, ) (Entered: 06/03/2003) |
| 06/04/2003 | 108 | Stipulated Order of Dismissal of Claim against William Gatten (Gatton). Signed 06/04/03 by Judge Garr M. King. (pvh, ) (Entered: 06/06/2003) |
| 09/05/2003 | | Clerks Record on Appeal ( orig clerks file 2 vol; 1 expando with docs 29,71,83)returned from USCA. USDC Notice of Appeal Doc. # 89 and USCA # 01-353~~~~~ 09/05/2003) |

DEFENDANT'S EXHIBIT

601d

tabbies

FRC,IFP,TERMINATED

# U.S. District Court
## District of Oregon (Portland (3))
### CIVIL DOCKET FOR CASE #: 3:01-cv-01137-ST

Mahler v. Capital 8's Square Dance Club et al
Assigned to: Magistrate Judge Janice M. Stewart
Demand: $150,000
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 07/25/2001
Date Terminated: 07/22/2002
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**

represented by **Robert Evans Mahler**
P.O. Box 7658
Salem, OR 97303
503-589-4878
PRO SE

V.

**Defendant**

**Capital 8's Square Dance Club**

represented by **Barry M. Mount**
Bodyfelt Mount LLP
707 SW Washington Street
Suite 1100
Portland, OR 97205
(503) 243-1022
Fax: (503) 243-2019
Email: barrymount@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Jo Mullen**
Bodyfelt Mount, LLP
319 SW Washington Street
Suite 1200
Portland, OR 97204
503-243-1022
Fax: 503-243-2019
Email: mullen@bodyfeltmount.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salem Square Dance Center**

represented by **Barry M. Mount**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Jo Mullen**



DEFENDANT'S EXHIBIT
602a

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Debbie Funk**                                    represented by    **Barry M. Mount**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Jo Mullen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chris Funk**                                    represented by    **Barry M. Mount**
*personally & as co-Presidents of the Capital*                    (See above for address)
*8's Square Dance Club*                                            *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Jo Mullen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raymond F. Walz**                               represented by    **Barry M. Mount**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Jo Mullen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Virginia R. Walz**                              represented by    **Barry M. Mount**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Jo Mullen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carol J. Stoddard**                             represented by    **Barry M. Mount**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



DEFENDANT'S EXHIBIT
602b

**Molly Jo Mullen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2001 | 1 | Motion/Application for Leave to Proceed IFP. Filed by pro se Robert Evans Mahler. (Kirk, ) (Entered: 07/27/2001) |
| 07/25/2001 | 3 | Notice of Case Assignment to Judge Janice M. Stewart. (Kirk, ) (Entered: 07/27/2001) |
| 07/26/2001 | 4 | Amended Complaint *Complaint in Tort; Civil Rights, Negligence & Violation of ADA* against Capital 8's Square Dance Club, Chris Funk, Debbie Funk, Salem Square Dance Center, Carol J. Stoddard, Raymond F. Walz, Virginia R. Walz.. Filed by pro se Robert Evans Mahler. (Kirk, ) (Entered: 07/27/2001) |
| 07/27/2001 | 2 | Complaint against Capital 8's Square Dance Club, Chris Funk, Debbie Funk, Salem Square Dance Center, Carol J. Stoddard, Raymond F. Walz, Virginia R. Walz. *Complaint in Tort; Civil Rights & Violation of ADA*. Filed by pro se Robert Evans Mahler. (Kirk, ) (Entered: 07/27/2001) |
| 07/30/2001 | 5 | Order Confirming Motion for Leave to Proceed IFP (Related Doc # 1 ). Signed on 7/30/2001 by Judge Janice M. Stewart. (Related documents(s) 1 ) (St, ) (Entered: 07/30/2001) |
| 08/01/2001 | 6 | Notice of Lawsuit and Request for Waiver of Service of Summons. Response to the Notice of Lawsuit and Request for Waiver of Service due by 8/31/2001. (da, ) (Entered: 08/01/2001) |
| 09/12/2001 | 7 | Notice of Attorney Appearance. Filed by Barry M. Mount for all defendants. (Kirk, ) (Entered: 09/14/2001) |
| 11/14/2001 | 8 | Motion for Entry of Default *Order and alternate Motion for Sanctions*. Filed by pro s Robert Evans Mahler. (Kirk, ) (Entered: 11/20/2001) |
| 11/14/2001 | 9 | Affidavit of *Plaintiff in Support of Motion for Entry of Default Order*. Filed by pro se Robert Evans Mahler. (Related document(s) 8 ) (Kirk, ) (Entered: 11/20/2001) |
| 11/14/2001 | 10 | Motion for Judgment *Motion for Entry of Judgment*. Filed by pro se Robert Evans Mahler. (Kirk, ) (Entered: 11/20/2001) |
| 11/14/2001 | 11 | Affidavit of *Non-Military Service & Capacity*. Filed by pro se Robert Evans Mahler. (Kirk, ) (Entered: 11/20/2001) |
| 11/16/2001 | 12 | Answer to Amended Complaint *Affirmative Defenses & Counterclaim to Plaintiffs Amended Complaint (Demand for Jury Trial)* (Related Doc # 4 ). Filed by all defendants. (Kirk, ) (Entered: 11/21/2001) |
| 11/16/2001 | 13 | Motion for Order *Defendants Motion in Opposition to Plaintiffs Motion for Default or in the Alternative for Sanctions*. Filed by all defendants. (Kirk, ) (Entered: 11/21/2001) |
| 11/16/2001 | 14 | Memorandum in Support *of Motion in Opposition to Plaintiffs Motion for Default or in the Alternative for Sanctions*. Filed by all defendants. (Related document(s) 13 ) (Kirk, ) (Entered: 11/21/2001) |
| 11/16/2001 | 15 | Affidavit of *Molly Jo Mullen in Support of Defendants Memorandum in Opposition to Plaintiffs Motion for Default or in the alternative for Sanctions*. Filed by all defendants. |

DEFENDANT'S EXHIBIT 602c

| | | (Related document(s) 13 ) (Kirk, ) (Entered: 11/21/2001) |
|---|---|---|
| 11/26/2001 | 16 | Response to Motion *& Motion to Deny Defendants Motion in Opposition to Plaintiffs Motion for Default or in the Alternative for Sanctions & Memorandum*. Filed by pro se Robert Evans Mahler. (Related motion(s) 13 ) (Kirk, ) (Entered: 11/26/2001) |
| 11/27/2001 | 17 | **Record of ORDER by Judge Stewart:**Denying Plaintiff's Motion for Entry of Default (Related Doc # 8 ), Order Mooting Plaintiff's Motion for Judgment as a Matter of Law (Related Doc # 10 ), Order Denying Plaintiff's Response and Motion to deny Defendant's motion in opposition to plaintiff's motion for default, etc, (Related Doc # 13 ). (da, ) (Entered: 11/27/2001) |
| 03/19/2002 | 18 | Motion for Appointment of Counsel *(Document entitled: Plaintiffs Affidavit in Support of Motion for Appointment of Counsel)*. Filed by pro se Robert Evans Mahler. (Kirk, ) (Entered: 03/19/2002) |
| 03/20/2002 | 19 | **OPINION AND ORDER:** Denying Plaintiff's Motion for Appointment of Counsel (Related Doc # 18 ). Signed on March 20, 2002, by Judge Janice M. Stewart. (stewart2, ) (Entered: 03/20/2002) |
| 03/21/2002 | 20 | Motion to Compel *Answers to Interrogatories, Production of Documents, and for Sanctions, and Affidavit in Support*. Filed by pro se Robert Evans Mahler. (ccs, ) (Entered: 03/22/2002) |
| 03/22/2002 | 21 | **CIVIL MINUTES:**Record of Order -- Plaintiff's motion to compel answers to interrogatories, production of documents and for sanctions is taken under advisement as of 4/11/2002. (Related documents(s) 20 ) (ccs, ) (Entered: 03/22/2002) |
| 04/03/2002 | 22 | Response to Motion *to Compel & Motion for Sanctions*. Filed by all defendants. (Related motion(s) 20 ) (Kirk, ) (Entered: 04/04/2002) |
| 04/03/2002 | 23 | Memorandum in Support *of Response to Plaintiffs Motion to Compel & Motion for Sanctions*. Filed by all defendants. (Related document(s) 22 ) (Kirk, ) (Entered: 04/04/2002) |
| 04/03/2002 | 24 | Affidavit of *Counsel in Support of Response to Plaintiffs Motion to Compel & Motion for Sanctions*. Filed by all defendants. (Related document(s) 22 ) (Kirk, ) (Entered: 04/04/2002) |
| 04/09/2002 | 25 | Reply to Motion *to Compel (Document entitled: Plaintiffs Supplemental Response & Answer to Defendants Response to Plaintiffs Motions to Compel)*. Filed by pro se Robert Evans Mahler. (Related motion(s) 20 ) (Kirk, ) (Entered: 04/10/2002) |
| 04/16/2002 | 26 | **CIVIL MINUTES:**Record of Order -- Denying Plaintiff's Motions to Compel Answers to Interrogatories, Production of Documents, and for Sanctions (docket #20). Defendants shall respond to plaintiff's discovery requests by 4/26/2002. Telephonic Status Conference set for 5/3/2002 at 09:30AM in Portland. The court shall initiate the call. See minute order for additional deadlines and details. (Related documents(s) 20 ) Ordered by Judge Janice M. Stewart. (stewart2, ) (Entered: 04/16/2002) |
| 05/03/2002 | 27 | **CIVIL MINUTES:**Record of Proceedings -- Discovery to be completed by 8/5/2002. Dispositive Motions due by 8/5/2002. Response to Dispositive Motions due by 8/19/2002. Replies to Dispositive Motions due by 8/26/2002. Exchange of expert disclosure statements and pretrial order due by 11/8/2002. See Minute Order for additional deadlines and details. Mediation Order to follow. Ordered by Judge Janice M. Stewart. Counsel Present for Plaintiff: Robert Mahler (pro se). Counsel Present for Defendant: Barry Mount. (stewart2, ) (Entered: 05/03/2002) |

DEFENDANT'S EXHIBIT

602d

| 05/03/2002 | 28 | Order Designating case for Mediation. Signed 5/3/2002 by Judge Janice M. Stewart. (Attachments: # 1 Mediator List)(da, ) (Entered: 05/03/2002) |
|---|---|---|
| 07/11/2002 | 29 | **Record of ORDER by Judge Stewart:**Record of case settlement. Defendants' counsel advised this case has settled. ORDER - striking all pending deadlines and any pending motions in this case has moot. ORDER - setting a final paper call before Judge Stewart on 8/12/2002 at 09:30AM in Portland. If final papers are filed before that date the conference will be stricken. (da, ) (Entered: 07/11/2002) |
| 07/22/2002 | 30 | Stipulated Judgment of Dismissal with prejudice and without costs:Signed 7/22/2002 by Judge Janice M. Stewart. (da, ) (Entered: 07/22/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 11:35:31 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:01-cv-01137-ST Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |



DEFENDANT'S EXHIBIT

6oze

## U.S. District Court
## District of Oregon (Eugene (6))
### CIVIL DOCKET FOR CASE #: 6:06-cv-00532-HO

Mahler et al v. Bednarz et al
Assigned to: Judge Michael R. Hogan
Demand: $355,000
Case in other court:  Ninth Circuit, 07-35158
                          Ninth Circuit, 08-35249
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 04/20/2006
Date Terminated: 03/10/2008
Jury Demand: None
Nature of Suit: 380 Other Personal Property Damage
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**

represented by **James E. Leuenberger**
James E. Leuenberger, PC
4800 SW Meadows Road
Suite 300
P.O. Box 1684
Lake Oswego, OR 97035-1684
503-679-8473
Fax: 503-210-7290
Email: jim@fights4rights.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salem Table Tennis Club, Inc.**
*TERMINATED: 06/14/2006*

represented by **Salem Table Tennis Club, Inc.**
c/o Robert Mahler
P.O. Box 7658
Salem, OR 97303
PRO SE

V.

**Defendant**

**Bernard F. Bednarz, Jr.**
*individually*
*doing business as*
BC Web LLC

represented by **Michael H. Long**
Brown Roseta Long McConville Kilcullen
210 Northbank Building
44 Club Road
Eugene, OR 97401
(541) 686-1883
Fax: (541) 686-2008
Email: mhlong@oregonlegalteam.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Table Tennis Club**
*TERMINATED: 09/22/2006*

**Defendant**

DEFENDANT'S EXHIBIT
603a

City of Salem, Oregon

represented by **Aaron D. Felton**
City of Salem
Legal Department
555 Liberty Street, SE
Room 205
Salem, OR 97301
(503)588-6003
Fax: (503) 361-2202
Email: afelton@cityofsalem.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salem (Oregon) Police Department**

represented by **Aaron D. Felton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lyle Gembala**
*Individually and as Deputy Chief of Salem*
*(Oregon) Police Department*

represented by **Aaron D. Felton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Willamette Table Tennis Club, Inc**

represented by **Gordon Hanna**
Garrett Hemann Robertson P.C.
1011 Commercial Street NE
Suite 210
PO Box 749
Salem, OR 97308
(503) 581-1501
Fax: (503) 581-5891
Email: ghanna@ghrlawyers.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BC Web LLC**

represented by **Gordon Hanna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Willamette Table Tennis Club, Inc**

represented by **Gordon Hanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Robert Evans Mahler**

represented by **James E. Leuenberger**
(See above for address)


DEFENDANT'S EXHIBIT
6036

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2006 | 1 | Application for Leave to Proceed IFP. Filed by Robert Evans Mahler. (ecp, ) (Additional attachment(s) added on 9/7/2016: # 1 Application for Leave to Proceed IFP) (vdc). (Entered: 04/21/2006) |
| 04/20/2006 | 2 | Complaint.Filed by Robert Evans Mahler, Salem Table Tennis Club, Inc. against Does 1-20, Bernard F. Bednarz, Jr, Table Tennis Club, City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala.(ecp, ) (Entered: 04/21/2006) |
| 04/20/2006 | 3 | **Notice of Case Assignment:** This case is assigned to Judge Anna J. Brown. (ecp, ) (Entered: 04/21/2006) |
| 05/02/2006 | 4 | Notice of Case Reassignment: This case has been reassigned from Judge Anna J. Brown to Judge Michael R Hogan and transferred to the Eugene Division. (ljl, ) (Entered: 05/03/2006) |
| 05/18/2006 | 5 | **ORDER:** Signed on 5/17/06 by Judge Michael R Hogan. Granting Motion for Leave to Proceed in Forma Pauperis 1 . The clerk of the court shall not issue process until further order of the court. Plaintiff shall within 30 days of the date of this order, file an amended complaint. (sln, ) (Entered: 05/18/2006) |
| 06/14/2006 | 6 | Amended Complaint. Demand for Jury TrialFiled by Robert Evans Mahler against Bernard F. Bednarz, Jr, Table Tennis Club, City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala.(sln, ) (Entered: 06/14/2006) |
| 06/29/2006 | 7 | Order - plaintiff's complaint is dismissed for failure to state a claim. Plaintiff may file an amended complaint, curing the deficiencies, within 30 days of the date of this order. Signed on 6/28/06 by Judge Michael R Hogan. (sln, ) (Entered: 06/29/2006) |
| 07/07/2006 | 8 | Motion for Extension of Time to File 2nd Amended Complaint. Filed by Robert Evans Mahler. (cp, ) (Additional attachment(s) added on 8/17/2021: # 2 Motion) (plb). (Entered: 07/10/2006) |
| 07/25/2006 | 9 | **ORDER:** by Judge Michael R Hogan. Granting Plaintiff's Motion for Extension of Time 8 . Ordered second Amended Complaint is due 9/29/2006. (sln, ) (Entered: 07/25/2006) |
| 09/21/2006 | 10 | Amended Complaint.Filed by Robert Evans Mahler against Willamette Table Tennis Club, Inc, Bernard F. Bednarz, Jr, City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala. (sln) (Entered: 09/22/2006) |
| 10/13/2006 | 11 | Order - liberally construed, plaintiff's Second Amended Complaint 10 may state a claim against one or more defendants. Accordingly the Clerk is directed to issue process. Signed on 10/13/06 by Judge Michael R Hogan. (sln) (Entered: 10/17/2006) |
| 10/24/2006 | 12 | Summons Issued as to Willamette Table Tennis Club, Inc, Bernard F. Bednarz, Jr, City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala. (sln) (plb). (Entered: 10/24/2006) |
| 10/24/2006 | 13 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment to the Honorable Michael R Hogan. Discovery is to be completed by 2/21/2007. Joint Status Report is due by 2/21/2007. Joint Alternate Dispute Resolution Report is due by 3/23/2007. Pretrial Order is due by 3/23/2007. Ordered by Judge Michael R Hogan. (sln) (Entered: 10/24/2006) |

DEFENDANT'S EXHIBIT

603c

| | | |
|---|---|---|
| 11/17/2006 | 14 | Return of Service Executed. as to Bernard F. Bednarz, Jr served on 11/3/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Return of Service Executed) (vdc). (Entered: 11/20/2006) |
| 11/17/2006 | 15 | Return of Service Executed. as to Salem (Oregon) Police Department served on 11/3/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Return of Service Executed) (vdc). (Entered: 11/20/2006) |
| 11/17/2006 | 16 | Return of Service Executed. as to Lyle Gembala served on 11/3/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Return of Service Executed) (vdc). (Entered: 11/20/2006) |
| 11/17/2006 | 17 | Return of Service Executed. as to City of Salem, Oregon served on 11/14/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Return of Service Executed) (vdc). (Entered: 11/20/2006) |
| 11/24/2006 | 25 | Summons Returned Executed as to Willamette Table Tennis Club, Inc served on 11/21/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Summons Return Executed) (vdc). (Entered: 12/06/2006) |
| 11/24/2006 | 26 | Summons Returned Executed as to Bernard F. Bednarz, Jr served on 11/21/2006.. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Summons Return Executed) (vdc). (Entered: 12/06/2006) |
| 11/29/2006 | 18 | Answer to Amended Complaint. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 11/29/2006) |
| 11/29/2006 | 19 | Certificate of Service by Bernard F. Bednarz, Jr of Answer to Amended Complaint (Long, Michael) (Entered: 11/29/2006) |
| 11/29/2006 | 21 | Answer to Amended Complaint and Counterclaim filed by Willamette Table Tennis Inc. (sln) (Entered: 12/01/2006) |
| 12/01/2006 | 20 | Answer to Amended Complaint *and Affirmative Defenses to Second Amended Complaint.* Filed by City of Salem, Oregon. (Felton, Aaron) (Entered: 12/01/2006) |
| 12/01/2006 | 22 | The document Answer to Amended Complaint and Counterclaim 21 , was conventionally filed in our court after the mandatory electronic filing deadline of September 1, 2006. Local Rule 100.1 clearly requires the electronic filing of all pleadings, documents, and other papers in all pending civil and criminal cases. The document(s) referenced above should not be re-filed electronically, but we ask that you conform to the requirements of LR 100.1 in future submissions to the court. Please refer to LR 100.4 for documents which must be filed conventionally. To learn more about this requirement and the CM/ECF system, visit the court's Internet website at: ord.uscourts.gov. There you will find links to rules and resources designed to assist you and your staff in quickly learning how to electronically file. If you have any questions or concerns regarding this matter, please contact any member of the Clerk's Office staff.. (sln) (Entered: 12/01/2006) |
| 12/01/2006 | 23 | Corporate Disclosure Statement. Filed by Willamette Table Tennis Club, Inc. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Corporate Disclosure Statement) (vdc). (Entered: 12/04/2006) |
| 12/04/2006 | 24 | The document, Corporate Disclosure Statement 23 , was conventionally filed in our court after the mandatory electronic filing deadline of September 1, 2006. Local Rule 100.1 clearly requires the electronic filing of all pleadings, documents, and other papers in all pending civil and criminal cases. The document(s) referenced above should not be re-filed electronically, but we ask that you conform to the requirements of LR 100.1 in future submissions to the court. Please refer to LR 100.4 for documents which must be |

DEFENDANT'S EXHIBIT 603d

|  |  | filed conventionally. To learn more about this requirement and the CM/ECF system, visit the court's Internet website at: ord.uscourts.gov. There you will find links to rules and resources designed to assist you and your staff in quickly learning how to electronically file. If you have any questions or concerns regarding this matter, please contact any member of the Clerk's Office staff.. (sln) (Entered: 12/04/2006) |
|---|---|---|
| 12/04/2006 | 27 | Motion for Appointment of Counsel. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Motion) (vdc). (Entered: 12/06/2006) |
| 12/06/2006 | 28 | Motion for Extension of Time to File responses to Defendant's Answers and COunterclaims. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Motion) (vdc). (Entered: 12/06/2006) |
| 12/06/2006 | 29 | Affidavit of Robert E. Mahler in Support of Motion. Filed by Robert Evans Mahler. (Related document(s): Motion for Extension of Time 28 .) (sln) (Additional attachment(s) added on 9/7/2016: # 1 Affidavit) (vdc). (Entered: 12/06/2006) |
| 12/19/2006 | 30 | Return of Service Executed. as to Bernard F. Bednarz, Jr served on 11/27/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Return of Service Executed) (vdc). (Entered: 12/19/2006) |
| 12/19/2006 | 31 | Return of Service Executed. as to Willamette Table Tennis Club, Inc served on 11/27/2006. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Return of Service Executed) (vdc). (Entered: 12/19/2006) |
| 01/12/2007 | 32 | Amended Motion to Extend Time to file responses to defendant's answers and counterclaims and appointment of counsel. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Amended Motion) (vdc). (Entered: 01/12/2007) |
| 01/17/2007 | 33 | **ORDER:** Plaintiff's Motion for Appointment of Counsel 27 is denied; Plaintiff's Motion for Extension of Time 28 ; plaintiff shall file a reply to the counterclaims of defendant BC Web, LLC and Willamette Table Tennis Club, Inc within 14 days of the date of this order. Signed on 1/17/07 by Judge Michael R Hogan. (sln) (Entered: 01/19/2007) |
| 01/19/2007 | 34 | **ORDER:** Denying as Moot Plaintiff's Motion to Extend Time to file responses to defendant's answers and counterclaims and appointment of counsel 32 . Ordered by Judge Michael R Hogan. (sln) (Entered: 01/19/2007) |
| 01/23/2007 | 35 | Fed. R. Civ. P. 26(a)(1) Agreement. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 01/23/2007) |
| 01/23/2007 | 36 | Certificate of Service by Bernard F. Bednarz, Jr of Fed. R. Civ. P. 26 Agreement 35 . (Long, Michael) (Entered: 01/23/2007) |
| 01/26/2007 | 37 | Answer to Counterclaim. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Answer) (vdc). (Entered: 01/26/2007) |
| 01/26/2007 | 38 | Reply. Filed by Robert Evans Mahler. (Related document(s): Answer to Amended Complaint 18 .) (sln) (Additional attachment(s) added on 9/7/2016: # 1 Reply) (vdc). (Entered: 01/26/2007) |
| 01/26/2007 | 39 | Reply. Filed by Robert Evans Mahler. (Related document(s): Answer to Amended Complaint 20 .) (sln) (Additional attachment(s) added on 9/7/2016: # 1 Reply) (vdc). (Entered: 01/26/2007) |
| 02/06/2007 | 40 | Notice of Appeal to the 9th Circuit from Order 34 . Filed by Robert Evans Mahler. (Related Document(s): Order 34 ) (sln) (Entered: 02/27/2007) |

DEFENDANT'S EXHIBIT
603e
tabbies

| 03/07/2007 | | Notice confirming Docketing Record on Appeal re Notice of Appeal 40 . **Case Appealed to Ninth Circuit; Case Number 07-35158** assigned. (cp) (Entered: 03/08/2007) |
|---|---|---|
| 03/07/2007 | 41 | Copy of Time Schedule Order from USCA for the 9th Circuit re Notice of Appeal 40 . (cp) (Entered: 03/08/2007) |
| 04/18/2007 | 42 | Motion to Compel. Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 04/18/2007) |
| 04/20/2007 | 43 | Motion for a 90 day Extension of Time. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Motion) (vdc). (Entered: 04/20/2007) |
| 04/23/2007 | 44 | Objection to Motion to Compel 42 . Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Objection to Motion) (vdc). (Entered: 04/23/2007) |
| 04/23/2007 | 45 | Response in Opposition to Motion for Extension of Time 43 . Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 04/23/2007) |
| 04/23/2007 | 46 | Certificate of Service by Bernard F. Bednarz, Jr of Response in Opposition to Motion 45 (Long, Michael) (Entered: 04/23/2007) |
| 04/24/2007 | 47 | Response *Objection* to Motion for Extension of Time 43 . Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 04/24/2007) |
| 04/25/2007 | 48 | Response *Objection* to Motion for Extension of Time 43 . Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 04/25/2007) |
| 04/27/2007 | 49 | Reply *Objection* to Motion for Extension of Time 43 . Filed by City of Salem, Oregon, Lyle Gembala. (Felton, Aaron) (Entered: 04/27/2007) |
| 04/30/2007 | 50 | Supplemental Memorandum in Opposition to Motion for Extension of Time 43 . Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 04/30/2007) |
| 04/30/2007 | 51 | Sur-Response *Affidavit* to Motion for Extension of Time 43 . Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 04/30/2007) |
| 04/30/2007 | 52 | Certificate of Service by Bernard F. Bednarz, Jr *Supplemental Memorandum* (Long, Michael) (Entered: 04/30/2007) |
| 04/30/2007 | 53 | Motion to Compel *Discovery*. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 04/30/2007) |
| 04/30/2007 | 54 | Supplement *Exhibits*. Filed by Bernard F. Bednarz, Jr. (Related document(s): Motion to compel 53 .) (Long, Michael) (Entered: 04/30/2007) |
| 04/30/2007 | 55 | Affidavit of Michael H. Long in Support of Motion *to Compel Discovery*. Filed by Bernard F. Bednarz, Jr. (Related document(s): Motion to compel 53 .) (Long, Michael) (Entered: 04/30/2007) |
| 04/30/2007 | 56 | Certificate of Service by Bernard F. Bednarz, Jr of Motion to Compel *Discovery* 53 (Long, Michael) (Entered: 04/30/2007) |
| 05/03/2007 | 57 | Reponse to Defendant Bednarz's supplemental memorandum in objection to Motion for Extension of Time 43 . Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Response) (vdc). (Entered: 05/03/2007) |
| 05/07/2007 | 58 | JUDGMENT of USCA for the 9th Circuit re Notice of Appeal 40 . The appeal is dismissed for lack of jurisdiction. (Related Document(s): Notice of Appeal 40 ) (sln) (Additional attachment(s) added on 8/17/2021: # 1 Order) (plb). (Entered |

DEFENDANT'S EXHIBIT

603f

| | | |
|---|---|---|
| 05/11/2007 | 59 | Motion for Preliminary Injunction and other Equitable Relief. Oral Argument requested Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Motion) (vdc). (Entered: 05/11/2007) |
| 05/14/2007 | 60 | Memorandum in Opposition to Motion for Preliminary Injunction 59 . Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 05/14/2007) |
| 05/14/2007 | 61 | Certificate of Service by Bernard F. Bednarz, Jr of Memorandum in Opposition 60 (Long, Michael) (Entered: 05/14/2007) |
| 05/16/2007 | 62 | Response in Opposition to Motion for Preliminary Injunction 59 . Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 05/16/2007) |
| 05/18/2007 | 63 | **Record of Order -** Defendant BC Web, LLC and Willamette Table Tennis Club, Inc.'s (collectively, WTTC) Motion to Compel 42 is granted; plaintiff's Motion 43 for a 90 day Extension of Time is granted in part. Pretrial deadlines are extended as follows: not later than 30 days from the date of this order, counsel for all parties shall file all pleadings, join all claims, remedies and parties, file all pretrial, discovery and dispositive motions, complete all discovery, joint status report and confer as to alternate dispute resolution pursuant to LR 16.4(c), and not later than 60 days from the date of this order, counsel shall lodge a joint pretrial order and file a joint alternate dispute resolution report. Within ten days of the date of this order, plaintiff shall serve responses to WTTC's request for production served on plaintiff on December 29, 2006. (Discovery is to be completed by 6/18/2007. Joint Status Report is due by 6/18/2007. Joint Alternate Dispute Resolution Report is due by 7/18/2007. Pretrial Order is due by 7/18/2007. Dispositive Motions are due by 6/18/2007.) Ordered by Judge Michael R Hogan. (lf) (Entered: 05/18/2007) |
| 05/23/2007 | 64 | Reponse to Defendants Bednarz and Willamette Table Tennis Club's Memorandum in Opposition to Motion for Preliminary Injunction 59 and Amended Motion for injunctive relief. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Response) (vdc). (Entered: 05/23/2007) |
| 05/29/2007 | 65 | Motion for Leave to File Amended to name and add defendantsOral Argument requested Filed by Robert Evans Mahler. (sln) (Entered: 05/30/2007) |
| 06/06/2007 | 66 | **ORDER:** Plaintiff's Motion for a Preliminary Injunction 59 ) is denied. Signed on 6/6/07 by Judge Michael R Hogan. (sln) (Entered: 06/08/2007) |
| 06/08/2007 | 67 | **Record of Order -** Defendant Bednarz's Motion 53 to Compel Discovery is granted to the following extent: 1) within ten days of the date of this order, plaintiff shall serve his response to defendant Bednarz's request for production dated December 8, 2006, and plaintiff and counsel shall agree to a date, time and place for plaintiff's deposition; and 2) plaintiff shall appear and complete his deposition at the agreed date, time and place. Plaintiff is advised that failure to comply with this order may result in dismissal of the case. Ordered by Judge Michael R Hogan. (lf) (Entered: 06/08/2007) |
| 06/12/2007 | 68 | Motion for Partial Summary Judgment. Filed by BC Web LLC. (Hanna, Gordon) (Entered: 06/12/2007) |
| 06/12/2007 | 69 | Affidavit of Bernard F. Bednarz, Jr. in Support of Motion. Filed by BC Web LLC. (Related document(s): Motion for Partial Summary Judgment 68 .) (Hanna, Gordon) (Entered: 06/12/2007) |
| 06/14/2007 | 70 | Second Motion to Compel. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 06/14/2007) |
| 06/14/2007 | 71 | Affidavit in Support of Motion. Filed by Bernard F. Bednarz, Jr. (Related Motion to compel 70 .) (Long, Michael) (Entered: 06/14/2007) |

DEFENDANT'S EXHIBIT

603g

tabbies

| 06/14/2007 | 72 | Certificate of Service by Bernard F. Bednarz, Jr of Second Motion to Compel 70 (Long, Michael) (Entered: 06/14/2007) |
|---|---|---|
| 06/14/2007 | 73 | Response in Opposition to Motion for Leave to File Amended Complaint/Petition 65 . Filed by BC Web LLC, Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 06/14/2007) |
| 06/18/2007 | 74 | Response in Opposition to Motion for Partial Summary Judgment 68 . Filed by Robert Evans Mahler. (sln) (Entered: 06/18/2007) |
| 06/18/2007 | 75 | Motion for Summary Judgment. Oral Argumentrequested Filed by Salem (Oregon) Police Department. (Felton, Aaron) (Entered: 06/18/2007) |
| 06/18/2007 | 76 | Memorandum in Support *of Motion for Summary Judgment.* Filed by Salem (Oregon) Police Department. (Related document(s): Motion for Summary Judgment 75 .) (Felton, Aaron) (Entered: 06/18/2007) |
| 06/18/2007 | 77 | Concise Statement of Material Fact. Filed by Salem (Oregon) Police Department. (Related document(s): Motion for Summary Judgment 75 .) (Attachments: # 1 Exhibit Affidavits) (Felton, Aaron) (Entered: 06/18/2007) |
| 06/18/2007 | 78 | Certificate of Service by Salem (Oregon) Police Department of Motion for Summary Judgment 75 *Concise Statement and Memorandum in Support of Summary Judgment* (Felton, Aaron) (Entered: 06/18/2007) |
| 06/18/2007 | 79 | Motion for Partial Summary Judgment. Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 06/18/2007) |
| 06/18/2007 | 80 | Memorandum in Support. Filed by Willamette Table Tennis Club, Inc. (Related document(s): Motion for Partial Summary Judgment 79 .) (Hanna, Gordon) (Entered: 06/18/2007) |
| 06/18/2007 | 81 | Affidavit of Ben Bednarz in Support of Motion. Filed by Willamette Table Tennis Club, Inc. (Related document(s): Motion for Partial Summary Judgment 79 .) (Hanna, Gordon) (Entered: 06/18/2007) |
| 06/18/2007 | 82 | Affidavit of Lonnie Diller in Support of Motion. Filed by Willamette Table Tennis Club, Inc. (Related document(s): Motion for Partial Summary Judgment 79 .) (Hanna, Gordon) (Entered: 06/18/2007) |
| 06/19/2007 | 83 | Motion to Quash *Plaintiff's Subpoenas.* Filed by BC Web LLC, Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 06/19/2007) |
| 06/19/2007 | 85 | Motion for Discovery Guidance and Time to Respond to Defendant's Request for production and or in the alternative, Motion for Stay of Proceedings; Motion seeking Sanctions for bad faith actions. Oral Argument requested Filed by Robert Evans Mahler. (sln) (Entered: 06/20/2007) |
| 06/19/2007 | 94 | Plaintiff's Joint Status Report. Filed by Robert Evans Mahler. (sln) (Additional attachment(s) added on 9/7/2016: # 1 Joint ADR Report.) (vdc). (Entered: 06/28/2007) |
| 06/20/2007 | 84 | Affidavit of Affidavit of Paul Henninger. Filed by Salem (Oregon) Police Department. (Related document(s): Motion for Summary Judgment 75 .) (Felton, Aaron) (Entered: 06/20/2007) |
| 06/20/2007 | 86 | Certificate of Service by Salem (Oregon) Police Department *to Affidavit of Paul Henninger* (Felton, Aaron) (Entered: 06/20/2007) |
| 06/20/2007 | 87 | Motion to Quash *Subpoena.* Filed by Bernard F. Bednarz, Jr. (Long, Mich[...] 06/20/2007) |

DEFENDANT'S EXHIBIT 603h

| | | |
|---|---|---|
| 06/20/2007 | 88 | Certificate of Service by Bernard F. Bednarz, Jr of Motion to Quash *Subpoena* 87 (Long, Michael) (Entered: 06/20/2007) |
| 06/20/2007 | 89 | Joint Status Report. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 06/20/2007) |
| 06/20/2007 | 90 | Certificate of Service by Bernard F. Bednarz, Jr of Joint Status Report 89 (Long, Michael) (Entered: 06/20/2007) |
| 06/25/2007 | 91 | Response and Objection to Motion for Partial Summary Judgment 79 Oral Argument requested. Filed by Robert Evans Mahler. (Attachments: # 1 Exhibit) (sln) (Entered: 06/25/2007) |
| 06/25/2007 | 92 | Memorandum in Support Objections 91 . Filed by Robert Evans Mahler. (Related document(s): Motion for Partial Summary Judgment 79 .) (sln) (Entered: 06/25/2007) |
| 06/27/2007 | 93 | Record of Order - Defendant Bednarz filed a document entitled Joint Status Report (Doc #89) on 6/20/07. Individual versions of the Joint Status are not allowed. Parties are ordered to file a Joint Status Report on or before July 18, 2007. Refer to the initial discovery and scheduling order for required contents for the Joint Status Report. Ordered by Judge Michael R Hogan. (lf) (Entered: 06/27/2007) |
| 06/29/2007 | 96 | Response and Objection to Motion for Summary Judgment 75 . Filed by Robert Evans Mahler. (sln) (Entered: 07/02/2007) |
| 06/29/2007 | 97 | Affidavit of Robert Evans Mahler in support of Response 96 Filed by Robert Evans Mahler. (Related document(s): Motion for Summary Judgment 75 .) (sln) (Entered: 07/02/2007) |
| 06/29/2007 | 98 | Response to Concise Statement of Material Facts regarding Motion for Summary Judgment 75 . Filed by Robert Evans Mahler. (sln) (Entered: 07/02/2007) |
| 07/02/2007 | 95 | Response to Motion for Discovery and/or InspectionMotion for StayMotion for Sanctions 85 . Filed by Salem (Oregon) Police Department. (Felton, Aaron) (Entered: 07/02/2007) |
| 07/02/2007 | 99 | Motion to Withdraw *Second Motion to Compel*. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 07/02/2007) |
| 07/03/2007 | 100 | **ORDER:** Granting Defendant Bednarz's Motion to Withdraw his second motion to complet discovery 99 ; Ordered Defendant Bednarz's Second Motion to Compel 70 is withdrawn. Ordered by Judge Michael R Hogan. (sln) (Entered: 07/03/2007) |
| 07/10/2007 | 101 | **ORDER:** Granting BC Web, LLC and Williamette Valley Table Tennis Club's Motion to Quash 83 ; Granting Defendant Bednarz's Motion to Quash 87 . Signed on 7/10/07 by Judge Michael R Hogan. (sln) (Entered: 07/11/2007) |
| 07/12/2007 | 102 | Notice of Change of Address.Filed by BC Web LLC. (Hanna, Gordon) (Entered: 07/12/2007) |
| 07/16/2007 | 103 | Motion for contempt and other equitable relief. Filed by Robert Evans Mahler. (sln) (Entered: 07/17/2007) |
| 08/08/2007 | 104 | Joint Status Report. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 08/08/2007) |
| 08/09/2007 | 105 | Record of Order - The Joint Status Report does not contain required information. Parties directed to submit in writing by 8/27/07 the estimated month case will be ready for trial, length of trial and dates of unavailability for the following four months to facilitate trial scheduling. Counsel reminded that the pretrial order was due 7/18/07 and is overdue. Ordered by Judge Michael R Hogan. (lf) (Entered: 08/09/2007) |

DEFENDANT'S EXHIBIT 603

| 08/28/2007 | 106 | Stipulation *to Trial Setting* by Bernard F. Bednarz, Jr. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 08/28/2007) |
|---|---|---|
| 08/29/2007 | 107 | Motion for 30 day Extension to Prepare Pretrial Order. Filed by Robert Evans Mahler. (sln) (Entered: 08/29/2007) |
| 09/18/2007 | 108 | **ORDER:** Denying Paintiff's Motion for Leave to File Amended Complaint 65 ; Granting Defendant BC WEBB's Motion for Partial Summary Judgment 68 ); Denying Defendant WTTC's Motion for Partial Summary Judgment 79 ); Granting in Part Denying in Part city defendants' Motion for Summary Judgment 75 ; Denying Plaintiff's Motion for guidance, extension of time or stay and sanctions 85 ; Denying Plaintiff's Motion for contempt 103 . Signed on 9/18/07 by Judge Michael R Hogan. (sln) (Entered: 09/18/2007) |
| 10/02/2007 | 109 | **Record of Order -** Plaintiff's Motion 107 for Extension of Time to September 28, 2007 to lodge the pretrial order is denied as moot. Plaintiff and counsel are again reminded that the pretrial order was due July 18, 2007, and remains overdue. Ordered by Judge Michael R Hogan. (lf) (Entered: 10/02/2007) |
| 10/12/2007 | 110 | Trial Management Order. Pretrial Documents are due by 2/4/2008, 2/8/08 and 2/12/08. Pretrial Conference is set for 2/19/2008 at 11:00AM in Eugene before U. S. District Judge Michael R Hogan. 3-5 Day Court Trial is set for 3/5/2008 at 09:00AM in Eugene before U. S. District Judge Michael R Hogan. Ordered by Judge Michael R Hogan. (Click on the document number for this entry for complete trial information) Paper copy mailed to plaintiff. (lf) (Entered: 10/12/2007) |
| 10/22/2007 | 111 | Motion for Reconsideration to file for leave to amend to name and add defendants to the third amended complaint and for reconsideration of the dismissal of defendant City of Salem (Order 108 ). Oral Argument request Filed by Robert Evans Mahler. (sln) (Entered: 10/22/2007) |
| 10/22/2007 | 112 | Notice of plaintiff's authorized agent.Filed by Robert Evans Mahler. (sln) (Entered: 10/22/2007) |
| 11/20/2007 | 113 | Response *to Plaintiff's Motion for Reconsideration to File for Leave to Amend to Name and Add Defendant's to the Third Amended Complaint, and Motion for Reconsideration of the Dismissal of Defendant City of Salem.* Filed by City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala. (Felton, Aaron) (Entered: 11/20/2007) |
| 12/04/2007 | 114 | Reply to Motion for Reconsideration 111 Oral Argument requested. Filed by Robert Evans Mahler. (sln) (Entered: 12/05/2007) |
| 01/28/2008 | 115 | Notice of Appearance of James E. Leuenberger appearing on behalf of Robert Evans Mahler.Filed by on behalf of Robert Evans Mahler. (Leuenberger, James) (Entered: 01/28/2008) |
| 02/04/2008 | 116 | Witness List. Filed by City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala. (Attachments: # 1 Attachment Certificate of Service) (Felton, Aaron) (Entered: 02/04/2008) |
| 02/04/2008 | 117 | Exhibit List. Filed by Willamette Table Tennis Club, Inc. (Attachments: # 1 Exhibit 1 of 2# 2 Exhibit 2 of 2) (Hanna, Gordon) (Entered: 02/04/2008) |
| 02/04/2008 | 118 | Witness List *Witness Summary.* Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 02/04/2008) |
| 02/04/2008 | 119 | Witness List. Filed by all plaintiffs. (Leuenberger, James) (Entered: 02/04 |

DEFENDANT'S EXHIBIT

603

| 02/05/2008 | 120 | Exhibit List *of Bernard F. Bednarz, Jr.*. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 02/05/2008) |
|---|---|---|
| 02/05/2008 | 121 | Witness List *of Bernard F. Bednarz, Jr.*. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 02/05/2008) |
| 02/11/2008 | 122 | Exhibit List *amended*. Filed by Willamette Table Tennis Club, Inc. (Attachments: # 1 Supplement exhibits) (Hanna, Gordon) (Entered: 02/11/2008) |
| 02/11/2008 | 123 | Objection to Trial Exhibit *submitted by plaintiff*. Filed by Willamette Table Tennis Club, Inc. (Hanna, Gordon) (Entered: 02/11/2008) |
| 02/13/2008 | 124 | Scheduling Order - CHANGING Time Set for Pretrial Conference on 2/19/2008 from 11am to 11:15AM in Eugene before U. S. District Judge Michael R Hogan. Scheduling Settlement Conference for 2/19/2008 at 11:15AM in Eugene before U. S. District Judge Michael R Hogan. PRESENCE OF ALL PARTIES WITH SETTLEMENT AUTHORITY REQUIRED. Ordered by Judge Michael R Hogan. Click on the document number for this entry for complete information and on the attachment for required settlement documents due by Friday 2/15/08. (Attachments: # 1 settlement documents) (lf) (Entered: 02/13/2008) |
| 02/14/2008 | 125 | **ORDER:** Denying Plaintiff's Motion for Reconsideration 111 . Signed on 2/13/08 by Judge Michael R Hogan. (sln) (Entered: 02/14/2008) |
| 02/15/2008 | 126 | Record of Order - Counsel informs court this action is settled. Order - vacating 2/19/08 pretrial conference, settlement conference and 3/5/08 trial date. Ordered by Judge Michael R Hogan. (lf) (Entered: 02/15/2008) |
| 02/19/2008 | 127 | Motion to Deny Defendants Mutual Settlement Agreement and Release and Settlement Offer; and allow plaintiff to address (serve) the court. Filed by Robert Evans Mahler. (sln) (Entered: 02/19/2008) |
| 02/19/2008 | 128 | Scheduling Order - Settlement Conference is set for 3/5/2008 at 09:00AM in Eugene before U. S. District Judge Michael R Hogan. PRESENCE OF ALL PARTIES WITH SETTLEMENT AUTHORITY REQUIRED. (Click on the document number for this entry for complete information and the attachment for required settlement documents) Ordered by Judge Michael R Hogan. (Attachments: # 1 settlement documents) (lf) (Entered: 02/19/2008) |
| 02/21/2008 | 129 | Motion to Withdraw or Substitute an Attorney. Filed by Robert Evans Mahler. (Leuenberger, James) (Entered: 02/21/2008) |
| 02/21/2008 | 130 | Response to Motion to Withdraw or Substitute an Attorney 129 . Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 02/21/2008) |
| 02/25/2008 | 131 | Reply *Defendants City of Salem; Salem, Oregon Police Dpt. and Defendant Gembala's Objection to Motion to be Released as Counsel of Record* to Motion to Withdraw or Substitute an Attorney 129 . Filed by City of Salem, Oregon, Salem (Oregon) Police Department, Lyle Gembala. (Felton, Aaron) (Entered: 02/25/2008) |
| 03/05/2008 | 132 | **MINUTES of Proceedings:** - Settlement Conference held. Case settles. Judge Hogan retains czar jurisdiction over settlement. James Leuenberger present as counsel for plaintiffs. Michael Long, Aaron Felton and Gordon Hanna present as counsel for defendants. Court Reporter: None. Judge Michael R Hogan presiding. (lf) (Entered: 03/10/2008) |
| 03/10/2008 | 133 | Order of Dismissal. Signed on 3/10/08 by Clerk (sln) (Entered: 03/11/200 |

DEFENDANT'S
EXHIBIT

603k

| 03/27/2008 | 134 | Notice of Appeal to the 9th Circuit from Order 33 Order of Dismissal 133 . Filed by Robert Evans Mahler. (sln) (Entered: 03/27/2008) |
|---|---|---|
| 03/27/2008 | | Notification of Appeal from Notice of Appeal 134 sent to USCA for the 9th Circuit and counsel along with a copy of the docket sheet. (sln) (Entered: 03/27/2008) |
| 04/02/2008 | 135 | Record of Order - Plaintiff's Oral Motion to Withdraw Notice of Appeal 134 is granted. Ordered by Judge Michael R Hogan. (lf) (Entered: 04/02/2008) |
| 04/04/2008 | | Notice confirming Docketing Record on Appeal re Notice of Appeal 134 **Case Appealed to Ninth Circuit Case Number 08-35249** assigned. (sln) (Entered: 04/07/2008) |
| 04/04/2008 | 136 | Copy of Time Schedule Order from USCA for the 9th Circuit re Notice of Appeal 134 . (sln) (Entered: 04/07/2008) |
| 04/14/2008 | 137 | Request *for clarification*. Filed by Bernard F. Bednarz, Jr. (Long, Michael) (Entered: 04/14/2008) |
| 05/13/2008 | 138 | Copy of Order from USCA for the 9th Circuit re Notice of Appeal 134 . within 21 days of the date of this order, appellant shall move for voluntary dismissal of this appeal or show cause why it should be not dismissed. (sln) (Entered: 05/14/2008) |
| 08/14/2008 | 139 | Order from USCA for the 9th Circuit dismissing Appeal re Notice of Appeal 134 . (sln) (Entered: 08/19/2008) |
| 09/08/2008 | 140 | MANDATE of USCA for the 9th Circuit re Notice of Appeal 134 . The decision of the District Court is Affirmed. (cp) (Entered: 09/09/2008) |
| 02/24/2009 | 141 | Scheduling Order - Telephone Hearing with plaintiff's counsel, James Leuenberger and his client Mr. Mahler regarding settlement issue is set for 4/7/2009 at 09:30AM before U.S. District Judge Michael R. Hogan. Plaintiff's counsel to inform court of Mr. Mahler's telephone number for this hearing. The clerk will initiate the call. Ordered by U.S. District Judge Michael R. Hogan. (lf) (Entered: 02/24/2009) |
| 04/07/2009 | 142 | **MINUTES of Proceedings:** - Telephone Conference regarding Czar Clause Settlement Issue. Ordered - Plaintiff Mahler to withdraw petition for further fees. Ordered to forego additional fees, including attorney fees. Robert Mahler - Pro Se Plaintiff present, James Leuenberger present - previous counsel for plaintiff. Court Reporter: Deborah Wilhelm. U.S. District Judge Michael R. Hogan presiding. (lf) (Entered: 04/09/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 11:40:12 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:06-cv-00532-HO Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |



DEFENDANT'S EXHIBIT

6031

IFP,TERMINATED

# U.S. District Court
## District of Oregon (Portland (3))
### CIVIL DOCKET FOR CASE #: 3:11-cv-00562-HZ

Mahler v. Potter, et al
Assigned to: Judge Marco A Hernandez
Demand: $999,000
Cause: 42:12102 Americans With Disabilities Act

Date Filed: 05/09/2011
Date Terminated: 11/19/2012
Jury Demand: Both
Nature of Suit: 445 Civil Rights: Americans
with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**                     represented by **Leonard Randolph Berman**
                                            Law Office of Leonard R. Berman
                                            9220 SW Barbur Blvd.
                                            Suite 119, Box 180
                                            Portland, OR 97219
                                            503-516-3715
                                            Fax: 815-642-9117
                                            Email: easyrabbi@yahoo.com
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Beaverton**                       represented by **Kari A. Furnanz**
*TERMINATED: 02/03/2012*                    Hart Wagner, LLP
                                            1000 SW Broadway
                                            Suite 2000
                                            Portland, OR 97205
                                            (503) 222-4499
                                            Fax: (503) 222-2301
                                            Email: kaf@hartwagner.com

**Defendant**

**USA Table Tennis**                        represented by **Michael C. Lewton**
*(USATT)*                                   Cosgrave Vergeer Kester, LLP
*TERMINATED: 02/03/2012*                    900 SW Fifth Avenue
                                            24th Floor
                                            Portland, OR 97204
                                            503-323-9000
                                            Fax: 503-323-9019
                                            Email: mlewton@cosgravelaw.com

                                            **Shane P. Swilley**
                                            Cosgrave Vergeer Kester, LLP
                                            900 SW Fifth Avenue
                                            24th Floor
                                            Portland, OR 97204



DEFENDANT'S EXHIBIT

604a

503-323-9000
Fax: 503-323-9019
Email: sswilley@cosgravelaw.com

**Defendant**

**Li Ning Sports USA, Inc.**
*TERMINATED: 02/03/2012*

represented by **Elizabeth A. Falcone**
Ogletree Deakins
222 SW Columbia Street
Suite 1500
Portland, OR 97201
503-552-2140
Fax: 503-224-4518
Email:
elizabeth.falcone@ogletreedeakins.com
*TERMINATED: 03/19/2012*

**Leah C. Lively**
Davis Wright Tremaine, LLP
560 SW 10th Avenue
Suite 700
Portland, OR 97205
503-241-2300
Fax: 503-778-5299
Email: llively@buchalter.com
*TERMINATED: 03/19/2012*

**Defendant**

**Darell Potter**
*TERMINATED: 11/05/2012*

represented by **David W. Silke**
Jackson Lewis P.C.
Employment
520 Pike Street
Suite 2300
Seattle, WA 98101
206-626-6438
Email: David.Silke@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tanya O'Neil**
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue
Suite 900
Portland, OR 97204-2025
971-334-7013
Email: tanya.oneil@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-10**
*TERMINATED: 02/07/2012*

**Defendant**



**Tualatin Hills Park and Recreation District**
TERMINATED: 11/19/2012

represented by **Ronald W. Downs**
Special Districts Assoc
P.O. Box 12613
Salem, OR 97309-0613
503-371-8667
Fax: 503-371-4781
Email: rdowns@sdao.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Portland Table Tennis Club**
TERMINATED: 11/05/2012

represented by **Tanya O'Neil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David W. Silke**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2011 | 1 | Application for Leave to Proceed IFP. Filed by Robert Evans Mahler. (ecp) (Entered: 05/10/2011) |
| 05/09/2011 | 2 | Complaint. Jury Trial Requested: No.Filed by Robert Evans Mahler against City of Beaverton, Does 1-10, Li Nigh Sports USA, Inc., Darell Potter, USA Table Tennis. (Attachments: # 1 Civil Cover Sheet) (ecp) (Entered: 05/10/2011) |
| 05/09/2011 | 3 | **Notice of Case Assignment:** This case is assigned to Judge Marco A. Hernandez. (ecp) (Entered: 05/10/2011) |
| 05/10/2011 | 4 | **ORDER:** Granting Motion for Leave to Proceed in Forma Pauperis 1 . See attached 2-page order. Signed on 5/10/2011 by Judge Marco A. Hernandez. Copy of this order mailed to plaintiff. (mr) (Entered: 05/11/2011) |
| 05/17/2011 | 5 | Summons Issued as to City of Beaverton, Li Ning Sports USA, Inc., Darell Potter, and USA Table Tennis (Issued summons, USM 285 forms, and copies of the complaint and Order to Proceed in forma pauperis forwarded to the US Marshal for service.) (sd) (Entered: 05/17/2011) |
| 06/23/2011 | 6 | Answer to 2 Complaint. Filed by Li Ning Sports USA, Inc.. (Lively, Leah) (Entered: 06/23/2011) |
| 06/23/2011 | 7 | Corporate Disclosure Statement. Filed by Li Ning Sports USA, Inc.. (Lively, Leah) (Entered: 06/23/2011) |
| 06/24/2011 | 8 | Return of Service Executed as to Darell Potter served on 6/14/2011. Filed by Robert Evans Mahler. (ecp) (Entered: 06/28/2011) |
| 06/24/2011 | 9 | Return of Service Executed as to City of Beaverton served on 6/14/2011. Filed by Robert Evans Mahler. (ecp) (Entered: 06/28/2011) |
| 06/24/2011 | 10 | Return of Service Executed as to Li Ning Sports USA, Inc. served on 6/2/2011. Filed by Robert Evans Mahler. (ecp) (Entered: 06/28/2011) |
| 07/05/2011 | 11 | Answer to 2 Complaint *and Affirmative Defenses*. Filed by Darell Potter. (S (Entered: 07/05/2011) |

DEFENDANT'S EXHIBIT
604c

| 07/07/2011 | 12 | Plaintiff's Motion and Affidavit in Support of Appointment of Counsel. Oral Argument requested. Filed by Robert Evans Mahler. (Attachments: # 1 Attachment Certificate of Service) (ecp) (Entered: 07/08/2011) |
|---|---|---|
| 07/07/2011 | 13 | Plaintiff's Motion and Affidavit in Support of Time Extension to File Responses to Defendant's Answers and Defenses.Oral Argument requested. Filed by Robert Evans Mahler. (Attachments: # 1 Attachment Certificate of Service) (ecp) (Entered: 07/08/2011) |
| 07/12/2011 | 14 | **Discovery and Pretrial Scheduling Order and Notice of Case Assignment to Judge Marco A. Hernandez.** Discovery is to be completed by 11/9/2011. Joint Alternate Dispute Resolution Report is due by 12/9/2011. Pretrial Order is due by 12/9/2011. Ordered by Judge Marco A. Hernandez. Copy of this order mailed to plaintiff. (mr) (Entered: 07/12/2011) |
| 07/26/2011 | 15 | Return of Service Executed as to USA Table Tennis, tried to serve on 7/8/2011. Wrong address, Unable to locate. Filed by Robert Evans Mahler. (ecp) Modified on 8/1/2011 (ecp). (Entered: 07/26/2011) |
| 07/27/2011 | 16 | Unopposed Motion for Extension of Time *City of Beaverton's Unopposed Motion for Extension of Time to File First Appearance.* Filed by City of Beaverton. (Furnanz, Kari) (Entered: 07/27/2011) |
| 07/27/2011 | 17 | Declaration of Kari A. Furnanz *in Support of City of Beaverton's Unopposed Motion for Extension of Time to File First Appearance.* Filed by City of Beaverton. (Related document(s): Motion for Extension of Time 16 .) (Furnanz, Kari) (Entered: 07/27/2011) |
| 07/28/2011 | 18 | **ORDER:** Granting Motion for Extension of Time 16 . The deadline is extended to August 15, 2011. Signed on 7/28/2011 by Judge Marco A. Hernandez. (tll) (Entered: 07/28/2011) |
| 07/29/2011 | 19 | **ORDER:** Denying Motion for Appointment of Counsel 12 . ; Denying Motion for Extension of Time 13 . See attached order for further information. Signed on 7/29/2011 by Judge Marco A. Hernandez. (tll) (Entered: 07/29/2011) |
| 08/01/2011 | 20 | Order for Administrative Correction of the Record pursuant to Fed. R. Civ. P. 60(a) regarding Return of service executed USM 285 USA Table Tennis 15 filed by Robert Evans Mahler. A Clerical error has been discovered in the case record. The Clerk is directed to make the following administrative corrections to the record: The docket text reflected that service had been made but that was incorrect. The docket text has been changed to read "Return of Service Executed as to USA Table Tennis, tried to serve on 7/8/2011. Wrong address, Unable to locate.". (ecp) (Entered: 08/01/2011) |
| 08/01/2011 | 21 | Clerk's Notice of Mailing to Robert Mahler a new summons and US Marshal form for him to fill out for USA Table Tennis with a new address for service. (ecp) (Entered: 08/01/2011) |
| 08/08/2011 | 22 | Summons Issued as to USA Table Tennis with new address and forwarded to the U.S. Marshal for service with US Marshal Form 285. (ecp) (Entered: 08/08/2011) |
| 08/15/2011 | 23 | Answer to 2 Complaint with Jury Demand . Filed by City of Beaverton. (Furnanz, Kari) (Entered: 08/15/2011) |
| 08/23/2011 | 24 | Notice of Appearance of Elizabeth A. Falcone appearing on behalf of Li Ning Sports USA, Inc. Filed by on behalf of Li Ning Sports USA, Inc. (Falcone, Elizabeth) (Entered: 08/23/2011) |
| 09/28/2011 | 25 | Return of Service Executed as to USA Table Tennis served on 9/15/2011. Filed by Robert Evans Mahler. (sd) (Entered: 09/30/2011) |

DEFENDANT'S EXHIBIT
604d
tabbies

| 10/06/2011 | 26 | Unopposed Motion for Extension of Time to Answer . Filed by USA Table Tennis. (Lewton, Michael) (Entered: 10/06/2011) |
|---|---|---|
| 10/06/2011 | 27 | Declaration of Shawn A. Lillegren . Filed by USA Table Tennis. (Related document(s): Motion for Extension of Time to Answer a Complaint/Petition 26 .) (Lewton, Michael) (Entered: 10/06/2011) |
| 10/07/2011 | 28 | **ORDER:** Granting Defendant USA Table Tennis' Unopposed Motion for Extension of Time to File First Appearance 26 . Appearance is due by 11/4/2011. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 10/07/2011) |
| 10/07/2011 | 29 | Clerk's Notice of Mailing to Plaintiff Robert Mahler regarding Order 28 . (mr) (Entered: 10/07/2011) |
| 11/04/2011 | 30 | Answer to 2 Complaint *and Affirmative Defenses*. Filed by USA Table Tennis. (Swilley, Shane) (Entered: 11/04/2011) |
| 11/04/2011 | 31 | Corporate Disclosure Statement . Filed by USA Table Tennis. (Swilley, Shane) (Entered: 11/04/2011) |
| 11/10/2011 | 32 | Notice of Association of Attorney Leonard Randolph Berman,Leonard Randolph Berman for Robert Evans Mahler. Filed by All Plaintiffs (Berman, Leonard) (Entered: 11/10/2011) |
| 11/23/2011 | 33 | Notice of Change of Address Filed by USA Table Tennis (Lewton, Michael) (Entered: 11/23/2011) |
| 12/14/2011 | 34 | Joint Motion for Extension of Discovery & PTO Deadlines *Pursuant to Local Rule 16-2*. Filed by All Parties. (Swilley, Shane) (Entered: 12/14/2011) |
| 12/29/2011 | 35 | **Scheduling Order** by Judge Marco A. Hernandez. Rule 16 Conference is set for 2/3/2012 at 11:30AM by Telephone before Judge Marco A. Hernandez. The court will initiate calls to counsel. The Joint Motion for Extension of case management deadlines will be addressed. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 12/29/2011) |
| 01/16/2012 | 36 | Motion for Leave to File Amended Complaint/Petition . Filed by All Plaintiffs. (Attachments: # 1 Exhibit A- Amended Complaint) (Berman, Leonard) (Entered: 01/16/2012) |
| 01/16/2012 | 37 | Declaration of Leonard Berman . Filed by All Plaintiffs. (Related document(s): Motion for Leave to File Amended Complaint/Petition 36 .) (Berman, Leonard) (Entered: 01/16/2012) |
| 02/01/2012 | 38 | Stipulated Notice of Dismissal of Party Filed by USA Table Tennis (Lewton, Michael) (Entered: 02/01/2012) |
| 02/02/2012 | 39 | Stipulated Notice of Dismissal of Party Filed by Li Ning Sports USA, Inc. (Falcone, Elizabeth) (Entered: 02/02/2012) |
| 02/02/2012 | 40 | Unopposed Motion to Dismiss *Unopposed Motion for Order and Partial Judgment of Dismissal*. Filed by City of Beaverton. (Attachments: # 1 Proposed Order) (Furnanz, Kari) (Entered: 02/02/2012) |
| 02/03/2012 | 41 | **ORDER:** Granting Plaintiff's Motion for Leave to File Amended Complaint 36 . Amended Complaint is due 2/10/2012. The Rule 16 conference set for today 2/3/2012) is canceled and will be reset at a later date. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 02/03/2012) |
| 02/03/2012 | 42 | **Order of Dismissal** as to USA Table Tennis (without prejudice), City of Beaverton (with prejudice) and Li Ning Sports USA, Inc. (with prejudice) pursuant to the stipulation of parties. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 02/03/2012 |

DEFENDANT'S EXHIBIT
604e

| 02/07/2012 | 43 | Amended Complaint .Filed by Robert Evans Mahler against All Defendants. (Berman, Leonard) (Entered: 02/07/2012) |
|---|---|---|
| 02/21/2012 | 44 | Answer to 43 Amended Complaint with Jury Demand . Filed by Darell Potter. (O'Neil, Tanya) (Entered: 02/21/2012) |
| 03/19/2012 | 45 | **Scheduling Order** by Judge Marco A. Hernandez regarding Amended Complaint 43 . Service upon the two additional named defendants shall be completed by 4/9/2012. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 03/19/2012) |
| 03/30/2012 | 46 | Waiver of Service of Summons Returned Executed by Portland Table Tennis Club waiver sent on 3/30/2012. Filed by Portland Table Tennis Club. (Silke, David) (Entered: 03/30/2012) |
| 04/03/2012 | 47 | Waiver of Service of Summons Returned Executed by Tualatin Hills Park and Recreation District waiver sent on 4/3/2012. Filed by All Plaintiffs. (Berman, Leonard) (Entered: 04/03/2012) |
| 04/25/2012 | 48 | Answer to 43 Amended Complaint with Jury Demand . Filed by Tualatin Hills Park and Recreation District. (Downs, Ronald) (Entered: 04/25/2012) |
| 04/30/2012 | 49 | Notice *to Cease Email Notification.* Filed by USA Table Tennis (Swilley, Shane) (Entered: 04/30/2012) |
| 05/14/2012 | 50 | Answer to 43 Amended Complaint . Filed by Portland Table Tennis Club. (O'Neil, Tanya) (Entered: 05/14/2012) |
| 06/20/2012 | 51 | **Scheduling Order** by Judge Marco A. Hernandez. Rule 16 Conference is SET for 6/27/2012 at 10:30AM by Telephone before Judge Marco A. Hernandez. The court will initiate calls to counsel. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 06/20/2012) |
| 06/27/2012 | 52 | **MINUTES of Proceedings:** Rule 16 Conference. Judge Marco A. Hernandez presiding. Counsel anticipate having depositions completed the first full week of September 2012 and request a settlement conference be held 9/21/2012. The court will assist in finding a settlement judge. ORDER: Discovery is to be completed by 10/26/2012. Joint Alternate Dispute Resolution Report is due by 11/26/2012. Dispositive Motions are due by 11/26/2012. Hearing on dispositive motions is set for 2/11/2013 at 02:00PM in Judge Hernandez's Courtroom before Judge Marco A. Hernandez. Pretrial Conference is set for 5/13/2013 at 01:30PM in Judge Hernandez's Courtroom before Judge Marco A. Hernandez. 3-Day Jury Trial is set for 5/21/2013 at 09:00AM in Judge Hernandez's Courtroom before Judge Marco A. Hernandez. Jury Trial Management Order to follow. Leonard Berman present as counsel for plaintiff(s). Tanya O'Neil and Ronald W. Downs present as counsel for defendant(s). Court Reporter: Nancy Walker. Judge Marco A. Hernandez presiding. (mr) (Entered: 06/28/2012) |
| 06/28/2012 | 53 | **ORDER:** Having reviewed the docket in this matter, the court deems that the short title of this case shall be Mahler v. Potter, et al., noting that the City of Beaverton and other defendants have been dismissed. The clerk is directed to so amend the docket. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 06/28/2012) |
| 07/02/2012 | 54 | SCHEDULING ORDER by Judge Acosta - SETTING a Settlement Conference before Judge Acosta on Friday, September 21, 2012, in chambers on the 11th floor of the Mark Hatfield U.S. Courthouse, 1000 SW Third Ave., Portland Oregon 97204. Plaintiff to arrive at 9:00AM; Defendants to arrive at 9:30AM. (peg) (Entered: 07/02/2012) |
| 07/30/2012 | 55 | **Jury Trial Management Order.** Signed on 7/30/2012 by Judge Marco A. (Attachments: # 1 Example #1, # 2 Example #2, # 3 Example #3, # 4 Exam |

DEFENDANT'S EXHIBIT 604 tabbies

| | | |
|---|---|---|
| | | (Entered: 07/30/2012) |
| 09/14/2012 | 56 | SCHEDULING ORDER by Judge Acosta - STRIKING the 9/21/12 Settlement Conference from his calendar. (peg) (Entered: 09/14/2012) |
| 11/02/2012 | 57 | Stipulated Notice of Dismissal of Party *Darell Potter and Portland Table Tennis Club only* Filed by Robert Evans Mahler, Darell Potter, Tualatin Hills Park and Recreation District (O'Neil, Tanya) (Entered: 11/02/2012) |
| 11/05/2012 | 58 | **Order of Dismissal:** Based upon the Stipulated Notice of Dismissal 57 filed 11/2/2012, this matter is dismissed with prejudice as to Portland Table Tennis Club and Darell Potter. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 11/05/2012) |
| 11/19/2012 | 59 | Stipulation *Voluntary Dismissal as to Defendant Tualatin Hills Park and Recreation District* by Tualatin Hills Park and Recreation District. Filed by Tualatin Hills Park and Recreation District. (Downs, Ronald) (Entered: 11/19/2012) |
| 11/19/2012 | 60 | **Order of Dismissal.** The last remaining defendant in this case, Tualatin Hills Park and Recreation District, has been dismissed with prejudice by the filing of a stipulated dismissal on 11/19/2012. IT IS ORDERED that this case is DISMISSED with prejudice. Pending motions are stricken as moot, and all dates, including pretrial and trial are stricken. Ordered by Judge Marco A. Hernandez. (mr) (Entered: 11/19/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 11:44:14 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:11-cv-00562-HZ Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |



DEFENDANT'S EXHIBIT
604g

IFP,TERMINATED

# U.S. District Court
## District of Oregon (Eugene (6))
### CIVIL DOCKET FOR CASE #: 6:13-cv-00752-TC

Mahler v. Titrud et al
Assigned to: Magistrate Judge Thomas M. Coffin
Cause: 28:1332 Diversity-Libel,Assault,Slander

Date Filed: 05/03/2013
Date Terminated: 10/18/2013
Jury Demand: Plaintiff
Nature of Suit: 320 Assault, Libel, and
Slander
Jurisdiction: Diversity

**Plaintiff**

**Robert Evans Mahler**

represented by **Robert Evans Mahler**
P.O. Box 7658
Salem, OR 97303
(503) 589-4878
PRO SE

V.

**Defendant**

**Timothy Titrud**
*doing business as*
State Games of Oregon, Inc.

represented by **Elizabeth D. MacGregor**
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue
Suite 900
Portland, OR 97204-2025
971-712-2800
Fax: 971-712-2801
Email: emacgregor@wshblaw.com
*ATTORNEY TO BE NOTICED*

**Bruce M. White**
White & Associates
PO Box 8223
Portland, OR 97207
503-221-0612, ext. 302
Fax: 503-296-5980
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oregon Amateur Sports Foundation Inc.**

represented by **Elizabeth D. MacGregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State Games of Oregon, Inc.**

represented by **Elizabeth D. MacGregor**
(See above for address)
*ATTORNEY TO BE NOTIC*



DEFENDANT'S
EXHIBIT
605a

**Defendant**

**Bernard Bednarz**                                    represented by **Michael H. Long**
                                                                      Brown Roseta Long McConville Kilcullen
                                                                      210 Northbank Building
                                                                      44 Club Road
                                                                      Eugene, OR 97401
                                                                      (541) 686-1883
                                                                      Fax: (541) 686-2008
                                                                      Email: mhlong@oregonlegalteam.com
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Willamette Table Tennis Club, Inc.**                 represented by **Chin See Ming**
                                                                      Gilbert Levy Bennett
                                                                      4949 Meadows Road
                                                                      Suite 450
                                                                      Lake Oswego, OR 97035
                                                                      971-312-0660
                                                                      Fax: 971-312-0235
                                                                      Email: ming@theglb.com
                                                                      *TERMINATED: 08/13/2013*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Shayna A. Eagle**
                                                                      Davis Rothwell Earle & Xochihua, PC
                                                                      111 SW 5th Ave.
                                                                      Suite 2700
                                                                      Portland, OR 97204-3650
                                                                      (503) 222-4422
                                                                      Fax: (503) 22204428
                                                                      Email: seagle@barkermartin.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William A. Davis**
                                                                      Davis Rothwell Earle & Xochihua, PC
                                                                      200 SW Market St.
                                                                      Suite 1800
                                                                      Portland, OR 97201-5745
                                                                      503-222-4422
                                                                      Fax: 503-222-4428
                                                                      Email: wdavis@davisrothwell.com
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**National Congress of State Games**                   represented by **Elizabeth D. MacGregor**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 20**

**Defendant**


DEFENDANT'S EXHIBIT
6054
tabbies

**USA Table Tennis, Inc.**                    represented by **Chin See Ming**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Willamette Table Tennis Club, Inc.**        represented by **Chin See Ming**
                                                              (See above for address)
                                                              *TERMINATED: 08/13/2013*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William A. Davis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Robert Evans Mahler**



DEFENDANT'S EXHIBIT
605c

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2013 | 1 | Application for Leave to Proceed IFP. Filed by Robert Evans Mahler. (cp) (Entered: 05/07/2013) |
| 05/03/2013 | 2 | Complaint. Jury Trial Requested: Yes. Filed by Robert Evans Mahler against Bernard Bednarz, National Congress of State Games, Oregon Amateur Sports Foundation Inc., State Games of Oregon, Inc., Timothy Titrud, Willamette Table Tennis Club, Inc. (Attachments: # 1 Civil Cover Sheet). (cp) (Entered: 05/07/2013) |
| 05/07/2013 | 4 | **Notice of Case Assignment:** This case is assigned to Magistrate Judge Thomas M. Coffin. (cp) (Entered: 05/07/2013) |
| 05/07/2013 | 5 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Case Assignment Notice 4 . (cp) (Entered: 05/07/2013) |
| 05/20/2013 | 6 | Motion to Amend to Name and Add Defendants - Affidavit. Filed by Robert Evans Mahler. (cp) (Entered: 05/20/2013) |
| 06/25/2013 | 7 | **ORDER:** Granting Motion for Leave to Proceed in Forma Pauperis 1 . Signed on 6/25/2013 by Magistrate Judge Thomas M. Coffin. (plb) (Entered: 06/25/2013) |
| 06/25/2013 | 8 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Order on motion/application for leave to proceed ifp 7 . (plb) (Entered: 06/25/2013) |
| 06/25/2013 | 9 | Amended Complaint - Demand for Jury Trial. Filed by Robert Evans Mahler against Bernard Bednarz, National Congress of State Games, Oregon Amateur Sports Foundation Inc., State Games of Oregon, Inc., Timothy Titrud, Willamette Table Tennis Club, Inc., USA Table Tennis, Inc. and Does 1-20,. (cp) (Entered: 06/27/2013) |
| 07/03/2013 | 10 | Notice of Case Assignment to Magistrate Judge Thomas M. Coffin and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3-5.** Discovery is to be completed by 10/31/2013. Joint Alternate Dispute Resolution Report is due by 12/2/2013. Pretrial Order is due by 12/2/2013. Ordered by Magistrate Judge Thomas M. Coffin. (cp) (Entered: 07/03/2013) |

| | | |
|---|---|---|
| 07/03/2013 | 11 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Discovery order, 10 . (cp) (Entered: 07/03/2013) |
| 07/15/2013 | 12 | Summons Issued as to All Defendants. (Summons, USM 285 form(s), and copies of the Complaint and Order to Proceed *in forma pauperis* forwarded to the U.S. Marshals Service for service.) (ljb) (Entered: 07/15/2013) |
| 08/09/2013 | 13 | Notice of Appearance of Chin See Ming appearing on behalf of Willamette Table Tennis Club, Inc. Filed by on behalf of Willamette Table Tennis Club, Inc. (Ming, Chin) (Entered: 08/09/2013) |
| 08/09/2013 | 14 | Corporate Disclosure Statement . Filed by Willamette Table Tennis Club, Inc.. (Ming, Chin) (Entered: 08/09/2013) |
| 08/09/2013 | 15 | Motion for Extension of Time *to File Answer or Other Response to Plaintiff's First Amended Complaint.* Filed by USA Table Tennis, Inc.. (Ming, Chin) (Entered: 08/09/2013) |
| 08/09/2013 | 16 | Corporate Disclosure Statement . Filed by USA Table Tennis, Inc.. (Ming, Chin) (Entered: 08/09/2013) |
| 08/12/2013 | 17 | Consent Motion for Extension of Time **CORRECTED** *to file Answer or other Response to Plaintiff's First Amended Complaint.* Filed by USA Table Tennis, Inc.. (Ming, Chin) (Entered: 08/12/2013) |
| 08/12/2013 | 18 | Motion for Extension of Time to Answer *Complaint.* Filed by National Congress of State Games, Oregon Amateur Sports Foundation Inc., State Games of Oregon, Inc., Timothy Titrud. (Wright, Elizabeth) (Entered: 08/12/2013) |
| 08/12/2013 | 19 | Corporate Disclosure Statement . Filed by National Congress of State Games. (Wright, Elizabeth) (Entered: 08/12/2013) |
| 08/12/2013 | 20 | Corporate Disclosure Statement . Filed by Oregon Amateur Sports Foundation Inc.. (Wright, Elizabeth) (Entered: 08/12/2013) |
| 08/12/2013 | 21 | Corporate Disclosure Statement . Filed by Timothy Titrud. (Wright, Elizabeth) (Entered: 08/12/2013) |
| 08/12/2013 | 22 | **ORDER:** Denying as Moot Motion for Extension of Time 15 ; Granting Motion for Extension of Time 17 ; Granting Motion for Extension of Time to Answer 18 . Defendant USA Table Tennis, Inc.'s Answer is due by 9/6/2013. Defendants National Congress of State Games, Oregon Amateur Sports Foundation, Inc., State Games of Oregon, Inc. and Timothy Titrud's Answers are due by 9/9/2013. Ordered by Magistrate Judge Thomas M. Coffin. (plb) (Entered: 08/12/2013) |
| 08/12/2013 | 23 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Order on motion for extension of time, Order on motion for extension of time to answer a Complaint/Petition 22 . (plb) (Entered: 08/12/2013) |
| 08/13/2013 | 24 | Answer to 9 Amended Complaint, . Filed by Bernard Bednarz. (Long, Michael) (Entered: 08/13/2013) |
| 08/13/2013 | 25 | **ORDER:** Granting Motion to Amend to Name and Add Defendants 6 . Plaintiff's amended complaint 9 is the operative complaint in this matter. Ordered by Magistrate Judge Thomas M. Coffin. (plb) (Entered: 08/13/2013) |
| 08/13/2013 | 26 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Order on motion to amend/correct 25 . (plb) (Entered: 08/13/2013) |
| 08/13/2013 | 27 | Notice of Attorney Substitution:Attorney William Davis is substituted as c in place of Attorney Chin See Ming Filed by Willamette Table Tennis Club |

DEFENDANT'S EXHIBIT
605d
tabbies

| | | William) (Entered: 08/13/2013) |
|---|---|---|
| 08/16/2013 | 28 | Answer to 9 Amended Complaint, , Counterclaim *Against* Robert Evans Mahler. Filed by Willamette Table Tennis Club, Inc.. (Attachments: # 1 Exhibit) (Davis, William) (Entered: 08/16/2013) |
| 08/19/2013 | 29 | Motion *to Transfer Handling to the Honorable Michael R. Hogan*. Filed by Bernard Bednarz. (Long, Michael) (Entered: 08/19/2013) |
| 08/19/2013 | 30 | Memorandum in Support *Motion to Transfer Handling to the Honorable Michael R. Hogan.* Filed by Bernard Bednarz. (Related document(s): Motion - Miscellaneous 29 .) (Long, Michael) (Entered: 08/19/2013) |
| 08/19/2013 | 31 | Declaration of *Michael H. Long in Support of Motion to Transfer Handling to Honorable Michael R. Hogan.* Filed by Bernard Bednarz. (Related document(s): Motion - Miscellaneous 29 .) (Long, Michael) (Entered: 08/19/2013) |
| 08/19/2013 | 32 | Return of Service Executed as to National Congress of State Games served on 7/22/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/19/2013) |
| 08/19/2013 | 33 | Return of Service Executed as to State Games of Oregon, Inc. served on 7/22/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/19/2013) |
| 08/19/2013 | 34 | Return of Service Executed as to Timothy Titrud served on 7/22/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/19/2013) |
| 08/19/2013 | 35 | Return of Service Executed as to Bernard Bednarz served on 7/22/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/19/2013) |
| 08/19/2013 | 36 | Return of Service Executed as to Oregon Amateur Sports Foundation Inc. served on 7/22/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/19/2013) |
| 08/19/2013 | 37 | Return of Service Executed as to USA Table Tennis, Inc. served on 7/25/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/19/2013) |
| 08/19/2013 | 38 | **ORDER:** Denying Motion for Reassignment 29 . Ordered by Magistrate Judge Thomas M. Coffin. (plb) (Entered: 08/19/2013) |
| 08/19/2013 | 39 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Order on Motion - Miscellaneous 38 . (plb) (Entered: 08/19/2013) |
| 08/21/2013 | 40 | Return of Service Executed as to Willamette Table Tennis Club, Inc. served on 8/14/2013. Filed by Robert Evans Mahler. (ljb) (Entered: 08/21/2013) |
| 09/06/2013 | 41 | Motion to Dismiss for Lack of Jurisdiction . Filed by National Congress of State Games, Oregon Amateur Sports Foundation Inc., Timothy Titrud. (Wright, Elizabeth) (Entered: 09/06/2013) |
| 09/06/2013 | 42 | Memorandum in Support *of Motion to Dismiss For Lack of Jurisdiction.* Filed by National Congress of State Games, Oregon Amateur Sports Foundation Inc., State Games of Oregon, Inc., Timothy Titrud. (Related document(s): Motion to Dismiss/Lack of Jurisdiction 41 .) (Wright, Elizabeth) (Entered: 09/06/2013) |
| 09/06/2013 | 43 | Answer to 9 Amended Complaint, . Filed by USA Table Tennis, Inc.. (Ming, Chin) (Entered: 09/06/2013) |
| 09/09/2013 | 44 | Motion to Dismiss for Lack of Jurisdiction . Filed by Bernard Bednarz. (Long, Michael) (Entered: 09/09/2013) |
| 09/12/2013 | 45 | Notice of Association of Attorney Bruce M. White,Bruce M. White for T; Filed by Timothy Titrud (White, Bruce) (Entered: 09/12/2013) |

DEFENDANT'S EXHIBIT

605e

| 09/20/2013 | 46 | Motion to Dismiss for Lack of Jurisdiction . Filed by Willamette Table Tennis Club, Inc.. (Eagle, Shayna) (Entered: 09/20/2013) |
| 09/20/2013 | 47 | Memorandum in Support . Filed by Willamette Table Tennis Club, Inc.. (Related document(s): Motion to Dismiss/Lack of Jurisdiction 46 .) (Eagle, Shayna) (Entered: 09/20/2013) |
| 10/15/2013 | 48 | Stipulated Notice of Voluntary Dismissal Filed by Bernard Bednarz (Long, Michael) (Entered: 10/15/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 11:45:04 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:13-cv-00752-TC Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |



DEFENDANT'S EXHIBIT

605f

F&R,IFP,TERMINATED

# U.S. District Court
## District of Oregon (Eugene (6))
### CIVIL DOCKET FOR CASE #: 6:16-cv-00165-JR

Mahler v. Father Terry et al
Assigned to: Magistrate Judge Jolie A. Russo
Demand: $500,000
Cause: 42:12101 Americans with Disabilities Act

Date Filed: 01/29/2016
Date Terminated: 06/29/2017
Jury Demand: Both
Nature of Suit: 445 Civil Rights: Americans
with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**

represented by **Leonard Randolph Berman**
Law Office of Leonard R. Berman
9220 SW Barbur Blvd.
Suite 119, Box 180
Portland, OR 97219
503-516-3715
Fax: 815-642-9117
Email: easyrabbi@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Father Terry**
*individually and
doing business as*
Mount Angel Abbey & Seminary

**Defendant**

**Father Martin**
*individually and
doing business as*
Mount Angel Abby & Seminary

**Defendant**

**Roman Catholic Church**

represented by **Andrew J. Lee**
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1800
Portland, OR 97204
503-222-9981
Fax: 503-796-2900
Email: ajlee@schwabe.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

DEFENDANT'S
EXHIBIT
606a

**Jordan R. Silk**

Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1600
Portland, OR 97204
503-796-2761
Fax: 503-796-7445
Email: jsilk@schwabe.com
*TERMINATED: 06/10/2016*
*LEAD ATTORNEY*

**Thomas V. Dulcich**
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1600
Portland, OR 97204
503-796-2970
Fax: 503-796-2900
Email: tdulcich@schwabe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna M. Helton**
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1800
Portland, OR 97204
503-796-3763
Fax: 503-796-2900
Email: ahelton@schwabe.com
*ATTORNEY TO BE NOTICED*

**Margaret A. Hoffmann**
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1600
Portland, OR 97204
503-796-2868
Fax: 503-796-2900
Email: mhoffmann@schwabe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diocese of Portland**                    represented by **Andrew J. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan R. Silk**
(See above for address)
*TERMINATED: 06/10/201*
*LEAD ATTORNEY*



**Thomas V. Dulcich**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna M. Helton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Hoffmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mount Angel Abbey & Seminary**

**Defendant**

| | |
|---|---|
| **City of Mount Angel, Oregon** <br> *TERMINATED: 07/27/2016* | represented by **Gerald L. Warren** <br> Law Office of Gerald L. Warren and Associates <br> 901 Capitol Street NE <br> Salem, OR 97301 <br> 503-480-7252 <br> Fax: 503-779-2716 <br> Email: gwarren@geraldwarrenlaw.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Mt. Angel (Oregon) Police Department** <br> *TERMINATED: 07/27/2016* | represented by **Gerald L. Warren** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Officer Martinez** <br> *Individually and as Deputy of the City of Mt. Angel (Oregon) Police Department* <br> *TERMINATED: 07/27/2016* | represented by **Gerald L. Warren** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2016 | 1 | Application for Leave to Proceed IFP. Filed by Robert Evans Mahler. (ljb) (Entered: 02/02/2016) |
| 01/29/2016 | 2 | Complaint. Jury Trial Requested: Yes. Filed by Robert Evans Mahler against All Defendants (Attachments: # 1 Civil Cover Sheet). (ljb) (Entered: 02/02/2016) |
| 02/02/2016 | 3 | **Notice of Case Assignment:** This case is assigned to Magistrate Judge Thomas M. Coffin. (ljb) (Entered: 02/02/2016) |
| 02/02/2016 | 4 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Case Assignment Notice 3. (ljb) (Entered: 02/02/2016) |

DEFENDANT'S EXHIBIT

606ε

| | | |
|---|---|---|
| 02/22/2016 | 5 | **ORDER:** Granting Motion for Leave to Proceed in Forma Pauperis 1 . Signed on 2/22/2016 by Magistrate Judge Thomas M. Coffin. (plb) (Entered: 02/22/2016) |
| 02/22/2016 | 6 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Order on motion/application for leave to proceed ifp 5 . (plb) (Entered: 02/22/2016) |
| 03/07/2016 | 7 | Notice of Case Reassignment: This case has been reassigned from Magistrate Judge Thomas M. Coffin to Magistrate Judge Jolie A. Russo. (eo) (Entered: 03/07/2016) |
| 03/07/2016 | 8 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Case Reassignment Notice # 7 . (eo) (Entered: 03/07/2016) |
| 03/22/2016 | 9 | Summons Issued as to City of Mount Angel, Oregon, Diocese of Portland, Father Martin, Father Terry, Mount Angel Abbey & Seminary, Mt. Angel (Oregon) Police Department, Officer Martinez, Roman Catholic Church. (Summons, USM 285 form(s), and copies of the Complaint and Order to Proceed *in forma pauperis* forwarded to the U.S. Marshals Service for service.) (ljb) (Entered: 03/22/2016) |
| 04/29/2016 | 10 | Motion to Dismiss for Failure to State a Claim . Filed by Officer Martinez, City of Mount Angel, Oregon, Mt. Angel (Oregon) Police Department. (Warren, Gerald) (Entered: 04/29/2016) |
| 05/05/2016 | 11 | Answer to 2 Complaint with Jury Demand. Filer is subject to the requirements of Fed. R. Civ. P. 7.1 *Answer and Affirmative Defenses*. Filed by Roman Catholic Church, Diocese of Portland. (Hoffmann, Margaret) (Entered: 05/05/2016) |
| 05/06/2016 | 12 | Corporate Disclosure Statement . Filed by Diocese of Portland. (Hoffmann, Margaret) (Entered: 05/06/2016) |
| 05/17/2016 | 13 | Motion to Dismiss Advice Notice regarding Motion to Dismiss for Failure to State a Claim 10 . Response is due by 6/20/2016. Ordered by Magistrate Judge Jolie A. Russo. (plb) (Entered: 05/17/2016) |
| 05/17/2016 | 14 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Summary Judgment or 12(b) Dismissal Advice Notice 13 . (plb) (Entered: 05/17/2016) |
| 05/27/2016 | 15 | Return of Service Executed as to Officer Martinez served on 4/13/2016, answer due on 5/4/2016. (ljb) (Entered: 06/03/2016) |
| 05/27/2016 | 16 | Return of Service Executed as to Roman Catholic Church on 4/13/16. (ljb) (Entered: 06/03/2016) |
| 05/27/2016 | 17 | Return of Service Executed as to Father Terry on 4/15/16. (ljb) (Entered: 06/03/2016) |
| 05/27/2016 | 18 | Return of Service Executed as to City of Mount Angel, Oregon on 4/13/16. (ljb) (Entered: 06/03/2016) |
| 05/27/2016 | 19 | Return of Service Executed as to Mt. Angel (Oregon) Police Department on 4/13/16. (ljb) (Entered: 06/03/2016) |
| 05/27/2016 | 20 | Return of Service as to Father Martin. {Unexecuted as to Father Martin due to incorrect address. Resent to updated address 5/11/16}. (ljb) Modified to correct the record to read "Date of service upon Father Martin was completed on 5/19/16" on 6/20/2016 (ljb). (Entered: 06/03/2016) |
| 05/27/2016 | 21 | Return of Service as to Mount Angel Abbey & Seminary. {Unexecuted as to Mount Angel Abbey & Seminary due to incorrect address. Resent to updated address 5/11/16}. (ljb) Modified to correct the record to read "Date of service upon Mt. Angel Abbey & Seminary was completed on 5/13/16" on 6/20/2016 (ljb). (Entered: 06/03... |

DEFENDANT'S EXHIBIT

606d

tabbies

| 05/27/2016 | 22 | Return of Service Executed as to Diocese of Portland on 4/13/16. (ljb) (Entered: 06/03/2016) |
| 05/27/2016 | 24 | Order for Administrative Correction of the Record pursuant to Fed. R. Civ. P. 60(a) regarding Summons/Service Return 20 . A Clerical error has been discovered in the case record. The Clerk is directed to make the following administrative corrections to the record: Date of service upon Father Martin was completed on 5/19/16. (ljb) Modified on 6/20/2016 (ljb). (Entered: 06/20/2016) |
| 05/27/2016 | 25 | Order for Administrative Correction of the Record pursuant to Fed. R. Civ. P. 60(a) regarding Summons/Service Return 21 . A Clerical error has been discovered in the case record. The Clerk is directed to make the following administrative corrections to the record: The Clerk is directed to make the following administrative corrections to the record: Date of service of upon Mt. Angel Abbey and Seminary was completed on 5/13/16. (ljb) (Entered: 06/20/2016) |
| 06/10/2016 | 23 | Notice of Attorney Substitution:Attorney Anna Helton is substituted as counsel of record in place of Attorney Jordan R. Silk Filed by Roman Catholic Church, Diocese of Portland (Helton, Anna) (Entered: 06/10/2016) |
| 06/27/2016 | 26 | Findings & Recommendation: Motion to Dismiss for Failure to State a Claim 10 should be granted. Objections to the Findings and Recommendation are due by 7/14/2016. Signed on 6/27/2016 by Magistrate Judge Jolie A. Russo. (plb) (Entered: 06/30/2016) |
| 06/27/2016 | 27 | Order referring Findings & Recommendation: Motion to Dismiss for Failure to State a Claim 10 should be granted 26 , Motion to Dismiss for Failure to State a Claim 10 to Judge Michael J. McShane. Ordered by Judge Michael J. McShane. (plb) (Entered: 06/30/2016) |
| 06/30/2016 | 28 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Findings & Recommendation Referred 27 , Findings & Recommendation: Motion to Dismiss for Failure to State a Claim 10 should be granted 26 . (plb) (Entered: 06/30/2016) |
| 07/27/2016 | 29 | **ORDER:** Magistrate Judge Jolie Russo's Findings and Recommendation 26 is adopted. The Defendants' Motion to Dismiss for Failure to State a Claim 10 is granted and the claims against defendants City of Mount Angel, Mount Angel Police Department, and Officer Martinez are dismissed. ; Granting. Signed on 7/27/2016 by Judge Michael J. McShane. (cp) (Entered: 07/27/2016) |
| 08/31/2016 | 30 | Scheduling Order by Magistrate Judge Jolie A. Russo. The remaining parties in this matter are ordered to meet and confer and to file a Joint Status Report by 9/30/2016. The parties are further ordered to include a proposed schedule in the Joint Status Report. Ordered by Magistrate Judge Jolie A. Russo. (plb) (Entered: 08/31/2016) |
| 08/31/2016 | 31 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Scheduling 30 . (plb) (Entered: 08/31/2016) |
| 12/22/2016 | 32 | Notice of Association of Attorney Leonard Randolph Berman,Leonard Randolph Berman for Robert Evans Mahler. Filed by All Plaintiffs (Berman, Leonard) (Entered: 12/22/2016) |
| 05/02/2017 | 33 | Stipulation *& Notice of Volumtary Dismissal* by All Plaintiffs. Filed by All Plaintiffs. (Berman, Leonard) (Entered: 05/02/2017) |
| 06/29/2017 | 34 | Judgment. Pursuant to the parties Stipulated Notice of Voluntary Dismissal (ECF No. 33 ) this action is dismissed with prejudice and with no costs or fees awarded to any party. Signed on 6/29/2017 by the Clerk. (plb) (Entered: 06/29/2017) |


DEFENDANT'S
EXHIBIT
606e

IFP,PARTCONS,PROSEPTY,TERMINATED

# U.S. District Court
## District of Oregon (Eugene (6))
### CIVIL DOCKET FOR CASE #: 6:17-cv-01770-MC

Mahler v. Kia Motors America, Inc. et al
Assigned to: Judge Michael J. McShane
Cause: 15:2301 Magnuson-Moss Warranty Act

Date Filed: 11/03/2017
Date Terminated: 04/24/2018
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans
with Disabilities Act - Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**

represented by **Robert Evans Mahler**
PO Box 7658
Salem, OR 97303
503-589-4878
PRO SE

V.

**Defendant**

**Kia Motors America, Inc.**

represented by **David W. Cramer**
MB Law Group LLP
117 SW Taylor Street
#200
Portland, OR 97204
503-382-4211
Fax: 5039142015
Email: dcramer@mblglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2017 | 1 | Complaint. Jury Trial Requested: Yes. Filed by Robert Evans Mahler against Does 1-10, Kia Motors America, Inc. (Attachments: # 1 Civil Cover Sheet). (ecp) (Entered: 11/06/2017) |
| 11/03/2017 | 2 | Application for Leave to Proceed IFP. Filed by Robert Evans Mahler. (ecp) (Entered: 11/06/2017) |
| 11/06/2017 | 3 | **Notice of Case Assignment:** This case is assigned to Judge Michael J. McShane. (ecp) (Entered: 11/06/2017) |
| 11/06/2017 | 4 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Case Assignment Notice 3 . (ecp) (Entered: 11/06/2017) |

DEFENDANT'S EXHIBIT
607a

| 11/16/2017 | 5 | Individual Party Consent to Jurisdiction by U.S. Magistrate Judge. (jk) (Entered: 11/16/2017) |
|---|---|---|
| 12/01/2017 | 6 | **ORDER:** Granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis 2 . Ordered by Judge Michael J. McShane. (Copy mailed to Plaintiff) (cp) (Entered: 12/01/2017) |
| 12/28/2017 | 7 | Summons Issued as to Kia Motors America, Inc. (Summons, USM 285 form(s), and copies of the Complaint and Order to Proceed *in forma pauperis* forwarded to the U.S. Marshals Service for service.) (kf) (Entered: 12/28/2017) |
| 02/08/2018 | 8 | Return of Service Executed as to Kia Motors America, Inc. served on 2/8/2018, answer due on 3/1/2018. (jk) (Entered: 02/08/2018) |
| 03/06/2018 | 9 | Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Oral Argument requested. Filed by Kia Motors America, Inc.. (Cramer, David) (Entered: 03/06/2018) |
| 03/08/2018 | 10 | Corporate Disclosure Statement . Filed by Kia Motors America, Inc.. (Cramer, David) (Entered: 03/08/2018) |
| 03/19/2018 | 11 | Motion for 60 Day Extension of Time to File 1st Amended Complaint, File Answers to Defendant's Motion to Dismiss, and Add 2 Defendants. Filed by Robert Evans Mahler. (bd) (Entered: 03/19/2018) |
| 03/19/2018 | 12 | Affidavit of Robert E. Mahler in Support of Motion for a 60 Day Extension of Time to File a 1st Amended Complaint, File Answers to Defendant's Motion to Dismiss and Add 2 Defendants. Filed by Robert Evans Mahler. (Related document(s): Motion for Extension of Time 11 .) (bd) (Entered: 03/19/2018) |
| 04/02/2018 | 13 | Reply to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 9 . Filed by Kia Motors America, Inc.. (Cramer, David) (Entered: 04/02/2018) |
| 04/12/2018 | 14 | Plaintiff's Response to Defendant's Reply in Support of its Motion to Dismiss and Response to Plaintiff's Motion for a 60 Day Extension of Time to File a 1st Amended Complaint, File Answers to Defendant's Motion to Dismiss, and Add 2 Defendants. Filed by Robert Evans Mahler. (Related document(s): Reply to Motion 13 , Motion for Extension of Time 11 .) (bd) (Entered: 04/12/2018) |
| 04/24/2018 | 15 | **OPINION AND ORDER:** Granting Defendant's Motion to Dismiss 9 . Plaintiff's claims are dismissed with prejudice. Plaintiffs motion for leave to file an amended complaint 11 is denied. Signed on 4/24/2018 by Judge Michael J. McShane. (cp) (Entered: 04/24/2018) |
| 04/24/2018 | 16 | Judgment: Based on the record, plaintiff's claims are dismissed with prejudice. Signed on 4/24/2018 by Judge Michael J. McShane. (cp) (Entered: 04/24/2018) |
| 04/24/2018 | 17 | Clerk's Notice of Mailing to Robert Evans Mahler regarding Opinion and Order 15 and Judgment 16 . (cp) (Entered: 04/24/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 11:42:53 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:17-cv-01770-MC Start date: 1/1/1980 End date: 5/18/2026 |


DEFENDANT'S EXHIBIT
607b

TERMINATED

## U.S. District Court
## District of Oregon (Eugene (6))
## CIVIL DOCKET FOR CASE #: 6:19-cv-00695-MC

Mahler v. State of Oregon et al
Assigned to: Judge Michael J. McShane
Demand: $155,000
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 05/02/2019
Date Terminated: 07/31/2019
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**

represented by **Robert Evans Mahler**
PO Box 7658
Salem, OR 97303
PRO SE

V.

**Defendant**

**State of Oregon**

**Defendant**

**Marion County, Oregon**

**Defendant**

**Marion County Justice Court**

**Defendant**

**Jeff Nicoloff**
*Senior Deputy, Marion County Sheriff*

**Defendant**

**Does 1 - 10**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2019 | 1 | Application for Leave to Proceed IFP. Filed by Robert Evans Mahler. (jn) (Entered: 05/03/2019) |
| 05/02/2019 | 2 | Complaint. Jury Trial Requested: Yes. Filed by Robert Evans Mahler against All Defendants (Attachments: # 1 Civil Cover Sheet). (jn) (Entered: 05/03/2019) |
| 07/08/2019 | 3 | **Notice of Case Assignment:** This case is assigned to Judge Michael J. McShane. (eo) (Entered: 07/08/2019) |
| 07/08/2019 | 4 | Clerk's Notice of Mailing to Robert Evans Mahler of Case Assignment Notice (# 3 ). (eo) (Entered: 07/08/2019) |

DEFENDANT'S
EXHIBIT
608a
tabbies

| 07/31/2019 | 5 | Opinion and Order: Mahler's complaint fails to state a claim on which relief may be granted, and it must be dismissed. 28 U.S.C. § 1915(e)(2). Signed on 7/31/2019 by Judge Michael J. McShane.*(Mailed to Pro Se party on 7/31/2019.)* (cp) (Entered: 07/31/2019) |
| 07/31/2019 | 6 | **JUDGMENT:** Based on the record, this action is dismissed. Signed on 7/31/2019 by Judge Michael J. McShane. *(Mailed to Pro Se party on 7/31/2019.)* (cp) (Entered: 07/31/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 11:43:21 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:19-cv-00695-MC Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |


DEFENDANT'S EXHIBIT 6086

IFP,TERMINATED

# U.S. District Court
## District of Oregon (Eugene (6))
## CIVIL DOCKET FOR CASE #: 6:20-cv-02016-MK

Mahler v. Mckenzie-Willamette Medical Center et al
Assigned to: Magistrate Judge Mustafa Kasubhai
Demand: $500,000
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 11/19/2020
Date Terminated: 12/09/2021
Jury Demand: Both
Nature of Suit: 446 Civil Rights: Americans
with Disabilities Act - Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert Evans Mahler**
      represented by  **Robert Evans Mahler**
P.O. Box 7658
Salem, OR 97303
503-589-4878
PRO SE

V.

**Defendant**

**McKenzie-Willamette Medical Center**
      represented by  **Carolyn A. Pearson**
Keating Jones Hughes
200 SW Market Street
Suite 900
Portland, OR 97201
503-222-9955
Fax: 503-796-0699
Email: cpearson@keatingjones.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott G. O'Donnell**
Keating Jones Hughes, P.C.
200 SW Market Street
Suite 900
Portland, OR 97201-5737
503-222-9955
Fax: 503-796-0699
Email: sodonnell@keatingjones.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oregon Medical Group**
      represented by  **Amy J. DeLisa**
Bennett Bigelow & Leedom PS
601 Union Street
Ste 1500
Seattle, WA 98101
206-622-5511



DEFENDANT'S EXHIBIT
609a

Fax: 206-622-8986
Email: adelisa@bbllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-20**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2020 | 1 | Complaint. Jury Trial Requested: Yes. Filed by Robert Evans Mahler against McKenzie-Willamette Medical Center, Oregon Medical Group. (Attachments: # 1 Civil Cover Sheet). (jw) (Entered: 11/20/2020) |
| 11/19/2020 | 2 | Application for Leave to Proceed IFP. *(Titled "Motion to Proceed In Forma Pauperis Affidavit." )* Filed by Robert Evans Mahler. (jw) (Entered: 11/20/2020) |
| 11/20/2020 | 3 | **Notice of Case Assignment:** This case is assigned to Judge Ann L. Aiken. *(Mailed to Pro Se party on 11/20/2020.)* (jw) (Entered: 11/20/2020) |
| 11/20/2020 | 4 | CASE MANAGEMENT ORDER. Signed on 11/20/2020 by Judge Ann L. Aiken. *(Mailed to Pro Se party on 11/20/2020.)* (ck) (Entered: 11/20/2020) |
| 11/23/2020 | 5 | Notice of Case Reassignment: This case has been reassigned from Judge Ann L. Aiken to Magistrate Judge Mustafa T. Kasubhai. *(Mailed to Pro Se party on 11/24/20.)* (eo) (Entered: 11/23/2020) |
| 01/12/2021 | 6 | Answer to 1 Complaint with Jury Demand. Filer is subject to the requirements of Fed. R. Civ. P. 7.1 . Filed by McKenzie-Willamette Medical Center. (O'Donnell, Scott) (Entered: 01/12/2021) |
| 01/12/2021 | 7 | Corporate Disclosure Statement . Filed by McKenzie-Willamette Medical Center. (O'Donnell, Scott) (Entered: 01/12/2021) |
| 01/27/2021 | 8 | **ORDER** signed on 1/27/2021 by Magistrate Judge Mustafa T. Kasubhai GRANTING Motion for Leave to Proceed in Forma Pauperis 2 . *(Deposited in outgoing mail to pro se party on 1/27/2021.)* (jk) (Entered: 01/27/2021) |
| 01/27/2021 | 9 | Notice of Case Assignment to Magistrate Judge Mustafa T. Kasubhai and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3-5.** Discovery is to be completed by 5/27/2021. Joint Alternate Dispute Resolution Report is due by 6/28/2021. Pretrial Order is due by 6/28/2021. Ordered by Magistrate Judge Mustafa T. Kasubhai. *(Deposited in outgoing mail to pro se party on 1/27/2021.)* (jk) (Entered: 01/27/2021) |
| 03/09/2021 | 10 | Summons Issued as to McKenzie-Willamette Medical Center and Oregon Medical Group. (Summons, USM 285 form(s), and copies of the Complaint and Order to Proceed *in forma pauperis* forwarded to the U.S. Marshals Service for service.) (Attachments: # 1 Summons Oregon Medical Group) (jw) (Entered: 03/09/2021) |
| 04/22/2021 | 11 | Notice of Appearance of Amy J. DeLisa appearing on behalf of Oregon Medical Group Filed by on behalf of Oregon Medical Group. (DeLisa, Amy) (Entered: 04/22/2021) |
| 04/22/2021 | 12 | Corporate Disclosure Statement . Filed by Oregon Medical Group. (DeLisa, Amy) (Entered: 04/22/2021) |

**DEFENDANT'S EXHIBIT**

6096

| 04/22/2021 | 13 | Return of Service Executed as to McKenzie-Willamette Medical Center served on 4/7/2021, answer due on 4/28/2021. (jw) (Entered: 04/23/2021) |
|---|---|---|
| 04/30/2021 | 14 | Motion to Dismiss for Failure to State a Claim *UNDER FRCP12(B)(6) AND 12(B)(5)*. Oral Argument requested. Filed by Oregon Medical Group. (DeLisa, Amy) (Entered: 04/30/2021) |
| 05/04/2021 | 15 | Motion to Dismiss Advice Notice regarding Motion to Dismiss for Failure to State a Claim 14 . Response is due by 6/3/2021. Ordered by Magistrate Judge Mustafa T. Kasubhai. *(Deposited in outgoing mail to pro se party on 5/4/2021.)* (jk) (Entered: 05/04/2021) |
| 05/14/2021 | 16 | Motion for a 60 Day Extension of Time to Respond to Defendants McKenzie-Willamette Medical Center's Answer 6 ; and Oregon Medical Group's Motion For Summary Judgment 14 . Filed by Robert Evans Mahler. (jw) (Entered: 05/14/2021) |
| 05/14/2021 | 17 | Affidavit of Robert E. Mahler in Support of Motion for a 60 Day Extension of Time to Respond to Defendants McKenzie-Willamette Medical Center's Answer; and Oregon Medical Group's Motion For Summary Judgment. Filed by Robert Evans Mahler. (Related document(s): Motion for Extension of Time 16 .) (jw) (Entered: 05/14/2021) |
| 05/20/2021 | 18 | Motion for Judgment on the Pleadings . Filed by McKenzie-Willamette Medical Center. (O'Donnell, Scott) (Entered: 05/20/2021) |
| 05/21/2021 | 19 | Response in Opposition to Motion for Extension of Time 16 . Filed by Oregon Medical Group. (DeLisa, Amy) (Entered: 05/21/2021) |
| 05/21/2021 | 20 | Declaration of Amy J. DeLisa . Filed by Oregon Medical Group. (Related document(s): Response in Opposition to Motion 19 .) (Attachments: # 1 Exhibit) (DeLisa, Amy) (Entered: 05/21/2021) |
| 05/21/2021 | 21 | Return of Service Executed as to Oregon Medical Group served on 4/23/2021, answer due on 5/14/2021. (jw) (Entered: 05/27/2021) |
| 06/08/2021 | 22 | **ORDER** by Magistrate Judge Mustafa T. Kasubhai: The Court construes Plaintiff's motion 16 as a request for an extension of time to respond to the dispositive motions on file in this case and GRANTS the motion. Plaintiff has until 7/20/2021 to respond to Defendant Oregon Medical Group's Rule 12 Motion (ECF No. 14 ) and Defendant McKenzie Willamette Medical Center's Rule 12 Motion (ECF No. 18 ). Defendants may file optional replies by 8/3/2021. Plaintiff may consult the Court's website to access the District of Oregon's Handbook for Self-Represented Parties at **https://ord.uscourts.gov/index.php/court-info/our-judges/judge-kasubhai**. *(Deposited in outgoing mail to pro se party on 6/8/2021.)* (jk) (Entered: 06/08/2021) |
| 08/02/2021 | 23 | Reply to Motion to Dismiss for Failure to State a Claim *UNDER FRCP12(B)(6) AND 12(B)(5)* 14 Oral Argument requested. Filed by Oregon Medical Group. (DeLisa, Amy) (Entered: 08/02/2021) |
| 10/01/2021 | 24 | **Order to Show Cause** by Magistrate Judge Mustafa T. Kasubhai: On 5/14/2021, Plaintiff sought an extension of time 16 to respond to Defendant McKenzie-Willamette Medical Center's Answer 6 , and Oregon Medical Group's Rule 12 Motion 14 . The Court granted the motion and ordered Plaintiff to file a response by 7/20/2021, with optional replies to be filed by Defendants by 8/3/2021. ECF No. 22 . As of the date of this Order, Plaintiff has failed to respond to Defendants' submission, which now includes a motion for a judgment on the pleadings by Defendant McKenzie-Willamette Medical Center 18 . Within fourteen (14) days of the entry of this order, Plaintiff is ordered to show cause in writing within why the Court should not dismiss this case for failure to prosecute. *Ash v. Cvetko* 739 F.2d 493, 495 (9th Cir. 1984). Failure to respond will result in dismissal of this *(Deposited in outgoing mail to pro se party on 10/1/2021.)* (jk) (Entered: |

DEFENDANT'S EXHIBIT
609c
tabbies

| 10/26/2021 | 25 | **Findings & Recommendation** signed on 10/26/2021 by Magistrate Judge Mustafa T. Kasubhai: Because Plaintiff has failed follow court orders and failed to prosecute his case, the Complaint should be DISMISSED without prejudice and a judgment should be prepared. Objections to the Findings and Recommendation are due by 11/9/2021. *(Deposited in outgoing mail to pro se party on 10/26/2021.)* (jk) (Entered: 10/26/2021) |
|---|---|---|
| 10/26/2021 | 26 | **ORDER** by Magistrate Judge Mustafa T. Kasubhai: Findings & Recommendation 25 is referred to Judge Michael J. McShane. *(Deposited in outgoing mail to pro se party on 10/26/2021.)* (jk) (Entered: 10/26/2021) |
| 12/09/2021 | 27 | **ORDER:** Adopting Judge Mustafa T. Kasubhai's Findings and Recommendation 25 . This case is dismissed without prejudice. Ordered by Judge Michael J. McShane. *(Deposited in outgoing mail to pro se party on 12/9/2021.)* (cp) (Entered: 12/09/2021) |
| 12/09/2021 | 28 | **JUDGMENT:** Based on the record, this case is dismissed without prejudice. Signed on 12/9/2021 by Judge Michael J. McShane. *(Deposited in outgoing mail to pro se party on 12/9/2021.)* (cp) (Entered: 12/09/2021) |
| 01/03/2022 | 29 | Mail Returned - Undeliverable: Order on Findings & Recommendation 27 , Judgment 28 sent to Robert Evans Mahler returned as undeliverable. (jk) (Entered: 01/04/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2026 12:15:03 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-02016-MK Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |



DEFENDANT'S EXHIBIT

609d

tabbies

# U.S. District Court
## District of Oregon (Eugene (6))
## CIVIL DOCKET FOR CASE #: 6:25-cv-02353-AA

Mahler v. Straight Talk, Inc. et al
Assigned to: Judge Ann L. Aiken
Demand: $1,000,000
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 12/17/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**Robert Evans Mahler**

represented by **Robert Evans Mahler**
P.O. Box 7658
Salem, OR 97303
505-931-1202
PRO SE

V.

**Defendant**

**Straight Talk, Inc.**

**Defendant**

**Tracfone Wireless, Inc.**

**Defendant**

**Verizon Communications, Inc.**

**Defendant**

**Walmart, Inc.**

**Defendant**

**Does 1-10**



DEFENDANT'S EXHIBIT
611a

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2025 | 1 | Complaint. Jury Trial Requested: Yes. Filed by Robert Mahler against All Defendants (Attachments: # 1 Civil Cover Sheet). (jw) (Entered: 12/18/2025) |
| 12/17/2025 | 2 | Application for Leave to Proceed IFP. Filed by Robert Mahler. (jw) (Entered: 12/18/2025) |
| 12/17/2025 | 3 | Affidavit of Robert Evans Mahler in Support of Motion. Filed by Robert Evans Mahler. (Related document(s): Application for Leave to Proceed IFP 2 .) (jw) (Entered: 12/18/2025) |
| 12/18/2025 | 4 | **Notice of Case Assignment:** This case is assigned to Magistrate Judge Youlee Yim You. *(Deposited in outgoing mail to pro se party on 12/18/2025.)* (jw) (Entered: 12/18/2025) |
| 12/18/2025 | 5 | Notice of Case Reassignment: This case has been reassigned from Magistrate Judge Youlee Yim You to Judge Ann L. Aiken. *(Deposited in outgoing mail to pro se party on 12/18/2025.)* (jk) (Entered: 12/18/2025) |
| 12/19/2025 | 6 | **CASE MANAGEMENT ORDER.** Signed on 12/19/2025 by Judge Ann L. Aiken. *(Deposited in outgoing mail to pro se party on 12/19/2025.)* (ck) (Entered: 12/19/2025) |

| 01/13/2026 | 7 | **OPINION AND ORDER:** Plaintiff's IFP petition 2 is DENIED, with leave to refile using the proper form. Plaintiff's Complaint 1 is DISMISSED with leave to amend but without service on Defendants. Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint. Plaintiff is advised that failure to file an amended complaint within the allotted time will result in entry of a judgment of dismissal without further notice. Signed on 1/13/2026 by Judge Ann L. Aiken. *(Deposited in outgoing mail to pro se party on 1/13/2026.)* (ck) (Entered: 01/13/2026) |
| --- | --- | --- |
| 02/03/2026 | 8 | Motion to Recuse. *(Titled by filer: Motion to Recuse/Disqualify Judge Ann L. Aiken. )* Filed by Robert Evans Mahler. (sss) (Entered: 02/04/2026) |
| 02/03/2026 | 9 | Motion for Extension of Time. *(Titled by filer: Motion For A 60 Day Extension Of Time To Respond to Pro Se Complaint, and Forma Pauperis Dismissals By This Court. )* Filed by Robert Evans Mahler. (sss) (Entered: 02/04/2026) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 05/18/2026 11:42:10 | | | |
| **PACER Login:** | geordieduckler | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:25-cv-02353-AA Start date: 1/1/1980 End date: 5/18/2026 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |



DEFENDANT'S EXHIBIT

6116

## CERTIFICATE OF SERVICE

I certify that on the 19th day of May, 2026, I served a true and correct copy of

DEFENDANTS' OBJECTION TO ANY MOTION FOR CONTINUANCE on:

Mr. Leonard R Berman
8630 SW Scholls Fy Road Box 242
Beaverton OR  97008
easyrabbi@yahoo.com

By the method indicated below:

☐ U.S. Mail

☐ Hand Delivery

☐ Fax

☒ Email to: easyrabbi@yahoo.com

DATED this 19th day of May, 2026

GEORDIE DUCKLER, P.C.

By:    _/s/Geordie Duckler_
Geordie Duckler, OSB No. 873780
Attorney for defendants

PAGE 1 - CERTIFICATE OF SERVICE